|  |  |  |
|---|---|---|
| CRN | 22334 | MACHINEGUNS |
| Criminal Enf. - | FIREARMS: | Jan. 24, 1977 |
|  | FN FAL Machinegun Receivers (T-II) |  |

The Central Region has raised a question concerning the FN FAL machinegun split receiver which you believe should be reconciled since their position with respect thereto appears to conflict with an opinion of the Office of Technical and Scientific Services.

Basically, the FN FAL rifle was designed to fire automatically and was the standard weapon of the NATO ground forces. Several thousand of these weapons were lawfully imported into the United States after a slight modification had been made of the upper portion of the receiver which would prevent automatic fire. With regard to these weapons, the upper receiver which had been designed for automatic fire had been modified. It is a simple process to adapt these weapons so they can fire automatically.

Many more FN FAL rifles have been imported which utilize an upper receiver which was designed and manufactured to fire semi-automatically. Such weapons are true sporting rifles and were never manufactured from a machinegun. The upper half of the receiver of the "sporting" rifle cannot be easily converted to fire automatically.

Since the design of the upper half of the receiver is the only distinguishing characteristic between those semi-automatic FN FAL rifles made from a machinegun and the true "sporting" version, it appears to us that this is the portion of the receiver that should bear the serial number.

See: Digest #21208, 3/1/71.

Exhibit "7"

(1)