MAY 26 1992

LE:F:TE:EMO
3311.0

cc: Disc L-40:PHILA:EMO:05-26-92
SAC:RD:DIVISION

Mr. Robert Bower, Jr.
Philadelphia Ordnance, Inc.
Oreland Industrial Park
Oreland, Pennsylvania 19072

Dear Mr. Bower:

This refers to your letter of May 18, 1992, with which you submitted an unfinished AR-15 type receiver for classification.

Examination of the submitted sample, no serial number, indicates that it is identifiable as the receiver of a firearm. The receiver is basically complete except that the interior cavity has not been completely machined.

A receiver in basically the same configuration has previously been submitted by another manufacturer. It was found that the receiver could be made functional by drilling out the cavity with a 5/8 inch drill and then finishing with a 1/2 inch rotary file. Based on that examination, it was determined that unfinished AR-15 type receivers in the same basic configuration as that submitted by your firm are firearms as defined.

Therefore, the sample as submitted is classified as a firearm as that term is defined in Section 921(a)(3)(A), Chapter 44, Title 18, United States Code.

The submitted sample is being returned under separate cover.

We trust that the foregoing has been responsive to your inquiry. If we may be of any further assistance, please contact us.

Sincerely yours,

/S/

Edward M. Owen, Jr.
Chief, Firearms Technology Branch

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| | LE:F:TE | | | | | | |
| SUR-NAME | Owen | | | | | | |
| DATE | 5/26/92 | | | | | | |

ATF F 1325.6 (2-75)
REPLACES ATF FORM 92 (9-73) WHICH MAY BE USED

CORRESPONDENCE APPROVAL AND CLEARANCE

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

☆ U.S. GPO: 1991-294-554

Exhibit "12"

ATF0050