

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

JAN 2 5 2005

www.atf.gov

903050:AG
3311/2005-141

Mr. Si H Bloom
General Counsel
Taurus International
16175 N.W. 49th Avenue
Miami, FL 33014-6314

Dear Mr. Bloom:

This is in response to your letter dated December 15, 2004, to the Firearms Technology Branch (FTB), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), in which you ask for a classification of the four investment castings you submitted in order to determine their importability.

The FTB examination of the submitted samples has determined that the following major machining operations would need to be performed on items 1-3 (revolver-type receiver castings) to enable them to meet the definition of a *firearm*:

- Machine barrel channel.
- Machine cylinder pin hole(s).
- Machine trigger pin hole(s).
- Machine hammer pin hole(s).
- Machine firing pin tunnel.

Other minor machining operations might also be required.

The FTB examination of the last submitted sample has determined that the following major machining operations would need to be performed on item 4 (pistol-type receiver casting) to enable it to meet the definition of a *firearm*:

- Machine bore of barrel.
- Machine slide rails.
- Machine trigger pin hole(s).
- Machine hammer pin hole(s).
- Machine mainspring channel.

Other minor machining operations might also be required.

Exhibit "15"

-2-

Mr. Si H. Bloom

In conclusion, the FTB examination of the submitted sample castings has determined that they do not meet the definition of a "firearm" found in 18 U.S.C. Section 921(a)(3) and may be imported into the United States. However, any deviation from the examples submitted would void this finding.

We thank you for your inquiry and trust that the foregoing has been responsive to your request for an evaluation.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch