MAR 13 1986

EN:F:TE:DD
7540

Mrs. Sylvia R. Daniel
S/ Daniel, Inc
1872 Marietta, Blvd., N.W.
Atlanta, GA 30318

Dear Mrs. Daniel:

This refers to your letter of March 4, 1986, in which you ask about the serialization of firearm silencers which your firm manufactures.

Section 179.11, Part 179, Title 27, Code of Federal Regulations, defines a muffler or silencer as "Any device for silencing or diminishing the report of any portable weapon, such as a rifle, carbine, pistol, revolver, machine gun, submachinegun, shotgun, fowling piece, or other device from which a shot, bullet, or projectile may be discharged by an explosive, and is not limited to mufflers or silencers for "firearms" as defined."

From the above definition, a silencer is a device, and that device is required to be marked, clearly and conspicuously, in accordance with the provisions of Section 179.102 of the above cited part. Since there is no specific frame/receiver to a silencer it is recommended that a major structural component which is a metallic, nonreplaceable and nondisposable part of the device be marked with the required information.

Depending on the design of the particular silencer the location of the markings could vary. In the case of Sionics type silencers such as manufactured by your firm, the location of the markings on the rear tube is an acceptable location.

The other questions you raised concerning the filling out of an ATF Form 2, Notice of Firearms Manufactured or Imported, have been referred to our NFA Branch for reply.

We trust that the foregoing has been responsive to your inquiry. If we can be of any further assistance, please contact us.

Sincerely yours

Exhibit "25"

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| | E:F:TE | | | | | | |
| SUR-NAME | Oliver | JB | | | | | |
| DATE | 3-13-86 | 3/13/86 | | | | | |

ATF F 1325.6 (2-75)
REPLACES ATF FORM 92 (3-73) WHICH MAY BE USED
CORRESPONDENCE APPROVAL AND CLEARANCE
DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
☆U.S. GPO: 1985-467-410