March 11, 2022                                                      REFER TO:   2022-00168

Mr. Robert Olson
370 Maple Avenue West, Suite 4
Vienna, Virginia  22180-5615

Dear Mr. Olson:

This responds to your Freedom of Information Act (FOIA) request dated November 19, 2021, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on November 19, 2021, in which you requested records concerning Study Referenced in a 1985 ATF rulemaking.  Your request has been assigned number 2022-00168.  Please refer to this number on any future correspondence.

Please be advised that a search has been conducted in the Office of Enforcement Programs and Services and, based on the information you provided to us, we were not able to locate any responsive records subject to the Freedom of Information Act.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison Zina Kornegay, at (202) 648-7390, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."


Adam C. Siple
Chief
Information and Privacy Governance Division

Exhibit "30"