ATF Form 1 (5320.1)
Revised August 2017

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2022175078

## Reasons For Disapproval

A SILENCER IS DEFINED UNDER FEDERAL LAW TO INCLUDE, IN RELEVANT PART, ANY COMBINATION OF PARTS, DESIGNED OR REDESIGNED, AND INTENDED FOR USE IN ASSEMBLING OR FABRICATING A FIREARM SILENCER OR FIREARM MUFFLER, AND ANY PART INTENDED ONLY FOR USE IN SUCH ASSEMBLY OR FABRICATION. SEE GUN CONTROL ACT (GCA) AT 18 U.S.C. 921(A)(24) AND NATIONAL FIREARMS ACT (NFA) AT 26 U.S.C. 5845. PARTS THAT FALL UNDER THE DEFINITION OF SILENCER MUST COMPLY WITH THE REGISTRATION, TAX, AND TRANSFER PROVISIONS OF THE NFA. UPON REVIEW OF YOUR EFORM 1 APPLICATION, THE PART FROM WHICH YOU INTEND TO MAKE A SILENCER ALREADY MEETS THE NFAS DEFINITION OF SILENCER. THE PART WAS NOT REGISTERED NOR TRANSFERRED IN COMPLIANCE WITH THE NFA, THEREFORE, YOUR EFORM 1 APPLICATION TO MAKE A SILENCER IS DISAPPROVED. NFA DIVISION NOTES THAT IT IS UNLAWFUL FOR YOU TO POSSESS A SILENCER MADE OR TRANSFERRED IN VIOLATION OF THE NFA. 26 U.S.C. 5861(B)(C).