## Additional steps: eForm 1 Silencer submission

Dear eForm 1 applicant,

The National Firearms Act (NFA) Division received your ATF eForm 1, *Application to Make and Register a Firearm*. As a part of the application process, NFA Division must confirm that the making or possession of a firearm would not place the applicant in violation of law.[1]

NFA Division requests that you provide certain additional information so that it may determine whether your eForm 1 application to make a silencer may lawfully be approved. Specifically, please submit to NFA Division the following:

- Pictures of the parts that you will use to make the silencer (the pictures should be clear and allow the identification of the parts photographed),
- A description of the processes you will use to assemble or fabricate the silencer,
- The product, model, or kit name, if any, of each device and/or part that you will use to make the silencer, and
- The source from which the parts were obtained, i.e., the name of the store, website, etc.

The additional information may be submitted to NFA Division at the following email address: FORM1Silencerquestions@atf.gov. **Please include the form Permit Control Number or eForm ID in the Subject bar for each correspondence with attachments**. The additional information may also be sent by mail to:

> Bureau of Alcohol, Tobacco, Firearms and Explosives
>
> National Firearms Act Division
>
> 244 Needy Road
>
> Martinsburg, WV 25405

Without the additional descriptive information, NFA Division will be unable to determine whether the eForm 1 application to make a silencer may lawfully be approved. Therefore, failure to submit the requested information by March 25, 2022, will result in your application being disapproved and your $200.00 making tax refunded.

Questions regarding this email should be directed to FORM1Silencerquestions@atf.gov. If you have additional inquiries, please call 304-616-4500.

---

[1] An ATF Form 1 application to make a silencer cannot lawfully be approved if the maker will make the silencer with parts that are themselves