

# Marking Requirements

Typical AR-15 Receiver (top view)



"Modular" AR-15 (top view)

Left Side

Right Side






34