

# IDENTIFY AR and AK TYPE RECEIVERS and ASSOCIATED MANUFACTURING METHODS and EQUIPMENT

Bureau of Alcohol, Tobacco, Firearms and Explosives

ADVANCED TRAINING BRANCH
LPD DIVISION
HRPD

DEC 2013

Exhibit "12"



# INTRODUCTION

ATF believes that firearms traffickers, or others desiring firearms, have begun purchasing unfinished receivers rather than complete rifles. Once the unfinished receivers are purchased, they can be readily assembled with limited mechanical skills. Parts kits, minus the firearm receiver, are not regulated by any statue other than for importation. Our ATF Special Agents and Industry Operations Investigators must know what to look for as possible indications of illegal manufacturing activity.

3

# AR TYPE UNFINISHED RECEIVER NOT A FIREARM

No machining of any kind performed in the area of the trigger/hammer recess (cavity)



No holes or dimples for the selector, trigger, or hammer pins



Takedown-pin lug clearance area may be machined

28



# CHECK ON LEARNING

Instructions: Select the correct answer(s).

True or False? The internet has expanded the availability of unfinished receivers, firearm parts, firearm parts kits, and the tools needed to assemble AR and AK type unfinished receivers into complete and functional firearms.

Answer: True
Since none of the required materials are regulated, all may be easily, affordably, and anonymously purchased via the internet.

52