# UMAREXUSA® —Zeroed In

RECEIVED APR 0 3 2012 BY: F.T.B.

EVAL.
2012-635-(b)(6)

March 30, 2012

BATF
Firearms Technology Branch
244 Needy Road
Martinsburg, WV 25404

To Whom It May Concern:

My name is (b)(6) and I am the V.P. of Operations for Umarex USA. We are located in Fort Smith Arkansas and we are an importer and distributer of firearms, firearms accessories, firearms ammo, blank firing guns, airsoft guns and paintball guns.

The paintball / powder ball guns we import and distribute are used mainly for law enforcer & military training, as well as high end gaming. We have had numerous requests and opportunities for a pepper ball that can be shot from our paintball guns from law enforcement customers

With that being said, we have a source in China that is producing a powder ball for our guns that we import currently. They also produce a pepper ball that they produce and sell throughout the world. We would like to import and distribute the pepper balls to our law enforcement customers here in the US. Please find included samples of the .68 & .43 caliber pepper balls for your evaluation and we request your approval to import and distribute this product into the US for distribution to our law enforcement customers. The product is produced from a complete organic material and we have included the MSDS sheets for this product as well.

Thank you very much for your time and we look forward to your determination on importation of this product.

Sincerely,




V.P. of Operations
Umarex USA
Fort Smith, Arkansas 72916
(b)(6)



**SAEILO ENTERPRISES, INC.**
One Blue Hill Plaza, P.O. Box 1518, Pearl River, NY 10965
Tel: (845) 735-6500  Fax: (845) 735-4610

EVAL.
2013-302-AG

RECEIVED DEC 2 0 2012 BY: F.T.B.

12-19-2012

Dear (b)(6),

You will be receiving, by UPS, a package containing an air rifle manufactured by evanix.

We, Saeilo (KAHR ARMS) are considering whether to import and sell these.

I am sending it to you, to see if ATF has any issue concerning suppression.

Thank you for your work.

Regards,

(b)(6)
Corp. Counsel.
Kahr Arms

EVAL.
300-272-(b)(6)

(b)(6)

Ares Armor

208 N Freeman St

Oceanside, Ca 92054



RECEIVED
FEB 0 8 2013
BY: F.T.B.

It is our intention to manufacture a casting of an ar-15 lower receiver. Attached to this letter is a previous letter that sent to Tactical Machining by the Firearms and Technology Branch stating what is required to ensure that the Casting is not considered a firearm?

I would like to inquire as to the necessity of requesting a determination on such an item given that the determination has been given to another company already and we are following it to the letter.

If it is unnecessary to have a determination that is identical to another company please let me know.

If it is necessary I would like to an official determination for our version of this product.

This letter is accompanied with our prototype that follows the attached letter to TM's Letter. Thank you for your time.

Page 1 of 3



# THE ARMORERS DEN, LLC
## ORANGE COUNTY, CA

Gunsmithing & Armorer Services
Specializing in the Repair & Building
of the AR-15 Rifles
HSC Instructor/Provider
Firearms Training

www.thearmorersden.com

(b)(6)  (b)(6)
Owner / 07 FFL              FFL # 9-33-04185

EVAL.
301-125-MRC

RECEIVED
JUL 0 5 2013
BY: ............ F.T.B.

06/27/2013

Bureau of Alcohol, Tobacco, Firearms and Explosives
Firearms Technology Branch
244 Needy Road
Martinsburg, West Virginia
25405

Received:
Two Receivers
(AR-15 Lower)

Dear FTB,

I would like to request a classification of the enclosed partially completed AR-type receiver that my company is planning to manufacture. I would like to know if this item would be classified as a "firearm" under the Gun Control Act of 1968 (GCA).

Thank you for your time.

Sincerely,

(b)(6)

(b)(6)
Owner
The Armorers Den, LLC
2402 E Athens Ave
Orange, CA 92867

Enclosures: 2