UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC d/b/a )
BRIDGE CITY ORDNANCE, ET AL.       )     **CONSENT/REASSIGNMENT FORM**
                                   )
                                   )
         Plaintiff(s)              )
                                   )
vs.                                )
                                   )     Case No.   3:22-cv-00116-ARS
BUREAU OF ALCOHOL, TOBACCO,        )
FIREARMS AND EXPLOSIVES, ET AL.    )
                                   )
                                   )
         Defendant(s).             )

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                                    **Reassignment** ✔

                                                 Morehouse Enterprises, LLC d/b/a
                                                 Bridge City Ordnance

_____                      _____
Party(ies) Represented                           Party(ies) Represented


/s/ _____                  /s/ *Stephen D. Stamboulieh*
Attorney Signature                               Attorney Signature

                                                 July 8, 2022
_____                      _____
Date                                             Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.


ndd_clerksoffice@ndd.uscourts.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC d/b/a )
BRIDGE CITY ORDNANCE, ET AL.     )     **CONSENT/REASSIGNMENT FORM**
                                 )
          Plaintiff(s)           )
                                 )
vs.                              )
                                 )     Case No.  3:22-cv-00116-ARS
BUREAU OF ALCOHOL, TOBACCO,      )
FIREARMS AND EXPLOSIVES, ET AL.  )
                                 )
          Defendant(s).          )

     Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

# Consent ☐                              # Reassignment ✔

                                                                 Eliezer Jimenez

_____           _____
Party(ies) Represented                     Party(ies) Represented

_/s/_____         _/s/_ *Stephen D. Stamboulieh*_____
Attorney Signature                         Attorney Signature

                                           July 8, 2022
_____           _____
Date                                       Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC d/b/a )
BRIDGE CITY ORDNANCE, ET AL. )
) **CONSENT/REASSIGNMENT FORM**
)
Plaintiff(s) )
)
vs. )
) Case No.   3:22-cv-00116-ARS
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES, ET AL. )
)
)
Defendant(s). )

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

# Consent ☐                              # Reassignment ✔

                                                   Gun Owners Foundation

_____       _____
Party(ies) Represented                Party(ies) Represented


_/s/_____         _/s/_ *Stephen D. Stamboulieh*_____
Attorney Signature                    Attorney Signature

                                      July 8, 2022
_____       _____
Date                                  Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.


ndd_clerksoffice@ndd.uscourts.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC d/b/a )
BRIDGE CITY ORDNANCE, ET AL. )
) **CONSENT/REASSIGNMENT FORM**
)
Plaintiff(s) )
)
vs. )
) Case No.   3:22-cv-00116-ARS
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES, ET AL. )
)
)
Defendant(s). )

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent.  You may, without adverse substantive consequences, withhold your consent.  While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** ☐                                                   **Reassignment** ✔

                                                                Gun Owners of America, Inc.

_____                                 _____
Party(ies) Represented                                          Party(ies) Represented


_/s/_____                                  _/s/_  *Stephen D. Stamboulieh*
Attorney Signature                                              Attorney Signature

                                                                July 8, 2022
_____                                 _____
Date                                                            Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.**  Instead, the completed form should be returned to the e-mail address indicated below.  Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.


ndd_clerksoffice@ndd.uscourts.gov