IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, ELIEZER JIMENEZ, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and GARY M. RESTAINO AS THE ACTING DIRECTOR OF ATF,<br><br>    Defendants. | Case No. 3:22-cv-00116-PDW-ARS |

## CORPORATE DISCLOSURE STATEMENT OF MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE

**COMES NOW** Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, and pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

Morehouse Enterprises, LLC d/b/a Bridge City Ordnance ("Bridge City") certifies that it is an active, limited liability company, formed in North Dakota. Bridge City Ordnance operates as a Trade Name of Morehouse Enterprises, LLC. Morehouse Enterprises, LLC has no parent corporation and no publicly held corporation holds any stock in Morehouse Enterprises, LLC.

Respectfully submitted, this the 15th of July 2022.

| | |
|---|---|
| /s/ Stephen D. Stamboulieh<br>Stephen D. Stamboulieh (MS # 102784)<br>Stamboulieh Law, PLLC<br>P.O. Box 428<br>Olive Branch, MS  38654<br>(601) 852-3440<br>stephen@sdslaw.us | Robert J. Olson (VA # 82488)<br>William J. Olson, PC<br>370 Maple Ave. West, Suite 4<br>Vienna, VA 22180-5615<br>703-356-5070 (T)<br>703-356-5085 (F)<br>wjo@mindspring.com |

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND  58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com

## **CERTIFICATE OF SERVICE**

I Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be mailed by United States Postal Service first-class mail, postage pre-paid, to the following non-ECF participants:

    Director of ATF
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    99 New York Ave, NE
    Washington, DC 20226

    United States Attorney General
    Department of Justice
    950 Pennsylvania Ave, NW
    Washington, DC 20530

    Civil Process Clerk
    US Attorneys Office
    555 4th Street, NW
    Washington, DC 20530

Dated: July 15, 2022.

                                        /s/ Stephen D. Stamboulieh
                                        Stephen D. Stamboulieh