Local AO 440 (Rev. 8/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, ELIEZER JIMENEZ, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION,<br><br>*Plaintiff*<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and GARY M. RESTAINO AS THE ACTING DIRECTOR OF ATF,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   3:22-cv-00116 |

**SUMMONS IN A CIVIL ACTION**

To: Above Named Defendant(s)

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert J. Olson
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615 | 703-356-5070 (T)

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ROBERT ANSLEY, CLERK OF COURT

Date: _____July 5, 2022_____

*/s/ Pamela Bloomquist-Burman, Deputy Clerk*

*Signature of Clerk or Deputy Clerk*

Local AO 440 (Rev. 6/11)  Summons in a Civil Action (Page 2)

Civil Action No.    3:22-cv-00116

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Dept. of Justice, ATF, Gary Restaino

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Service pursuant to FRCP 4(i) (service on US Atty General, DOJ, ATF, Gary Restaino (ATF), Civil Process Clerk North Dakota, Civil Process Clerk DC) Proofs attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  7/25/2022

                                    /s/ Stephen D. Stamboulieh
                                    *Server's signature*

                                    Stephen D. Stamboulieh
                                    *Printed name and title*

                                    PO Box 428, Olive Branch, MS 38654
                                    *Server's address*

Additional information regarding attempted service, etc: