

July 25, 2022

Dear Stephen Stamboulieh:

The following is in response to your request for proof of delivery on your item with the tracking number: **9502 8066 7431 2202 4062 63**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 25, 2022, 11:20 am |
| **Location:** | FARGO, ND 58102 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2lb, 10.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Tonia Jacobson* |
| Address of Recipient: | 655 1ST AVE N FARGO, ND 58102 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004