

July 25, 2022

Dear Stephen Stamboulieh:

The following is in response to your request for proof of delivery on your item with the tracking number: **4202 0530 9502 8066 7431 2194 4045 68**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | July 15, 2022, 6:11 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Insured |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 2lb, 5.0oz |

**Recipient Signature**

Signature of Recipient: [signature]

Address of Recipient: [handwritten address] 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004