IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **MOREHOUSE ENTERPRISES LLC d/b/a BRIDGE CITY ORDNANCE *et al.*,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*,**<br><br>    **Defendants.** | Case No. 3:22-cv-00116-PDW-ARS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendants, without waiving objections to service, venue, or jurisdiction, enter their appearance by and through the attorney of record listed below:

DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-3098
E-mail: Daniel.Riess@usdoj.gov

You are advised that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon said Defendants by serving the undersigned attorney at the address stated above.

Dated: July 27, 2022            Respectfully submitted,

                                BRIAN M. BOYNTON
                                Principal Deputy Assistant Attorney General

                                ALEXANDER K. HAAS
                                Director, Federal Programs Branch

1

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*