

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU
WASHINGTON, D.C. 20005

January 20, 2022

Refer to: **2022-TTBF-00018**
4040000

SENT VIA EMAIL TO: wjo@mindspring.com
Robert J. Olson, Esquire
William J. Olson, P.C.
370 Maple Avenue W., Suite 4
Vienna, VA 22180-5615

Dear Robert J. Olson:

This letter is in response to your Freedom of Information Act (FOIA) request to the Alcohol and Tobacco Tax and Trade Bureau (TTB) dated November 29, 2021. You are requesting records regarding a November 6, 1968, Notice of Proposed Rulemaking (NPRM) that was filed in the Federal Register. Specifically, you are seeking the following:

1) "Comments submitted, regarding the Notice of Proposed Rulemaking as found in 33 FR 16285, et seq, titled 'Part 178, Commerce in Firearms and Ammunition'"; and

2) "Testimony, oral and/or written comments submitted at the hearing, hearing transcripts, and all other documents regarding the November 21, 1968 hearing as referenced in 33 FR 16285 and 33 FR 18555."

Please be advised TTB does not maintain the information that you have requested.

If any records exist, we believe they would be under the purview of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). Therefore, we are transferring your request to the FOIA Officer for the ATF, for processing under the FOIA and for direct response to you.

Further inquiries concerning your FOIA request should be directed to the address below:

Stephanie Boucher
Division Chief
Room 4.E-301
99 New York Avenue, NE
Washington, DC 20226

Exhibit "3"

www.TTB.gov

Robert J. Olson
Page 2

Enclosed is a Document Cover Sheet with your appeal rights on the reverse side. If you choose to appeal this response, you must do so within 90 days from the date of this letter.

Please note that a FOIA Public Liaison is available if you would like to discuss any issues regarding a FOIA response.  A FOIA Public Liaison is a supervisory official with the Department of the Treasury to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If you would like to discuss this response, perhaps to resolve a dispute before filing an appeal, you may contact Mark Bittner, the FOIA Public Liaison, by email at FOIAPL@treasury.gov or by phone at (202) 622-8098.

If you are unable to resolve a FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS) at the National Archives and Records Administration offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), please note that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road-OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
Telephone: 202-741-5770
Toll free: 1-877-684-6448
Fax: 202-741-5769

Please be advised that contacting an agency official (including the Disclosure Officer, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative appeal and does not stop the 90-day appeal clock.

Robert J. Olson
Page 3

We are charging no fee for processing your request. If you have any questions regarding this letter, feel free to contact Quinton Mason, TTB Disclosure Officer, by telephone at (202) 882-9904, or by e-mail at TTBFOIA@ttb.gov, and reference FOIA number **2022-TTBF-00018**.

Sincerely,

Amy R. Greenberg
Director, Regulations and Rulings Division

Digitally signed by Amy R. Greenberg
Date: 2022.01.20 19:08:56 -05'00'

Enclosure(s):  As stated