

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

www.atf.gov

November 22, 2021                                        REFER TO:  2021-0668

VIA Email:  stephen@sdslaw.us

Dear Mr. Stamboulieh:

This responds to your Freedom of Information Act (FOIA) request dated May 6, 2021, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on the same day, in which you requested records concerning the following:

1. All classification letters (or if classification letters were named in some other way, those records) regarding Model R6000 Colt AR-15 SP1 Sporter Rifle, Serial No. GX4968 which was approved in approximately 1963; and

2. All classification letters (or if classification letters were named in some other way, those records) for AR-15 platform rifles predating the submission to the ATF for the Colt AR-15 SP1 Sporter Rifle.

This is a supplemental response to the previous letter sent on September 29, 2021.  In response to your request, we have processed a total of 2 pages of responsive material.

We are withholding third party information, including the names of ATF employees, under FOIA Exemption (b)(6).  To disclose personal information about a living individual to a member of the public, we need the written consent from the persons whose information you requested.  Without written consent, proof of death, or an overriding public interest, personal information is exempt from disclosure under the FOIA.  The FOIA does not require agencies to disclose information that would constitute a clearly unwarranted invasion of the personal privacy of third parties (5 U.S.C. § 552(b)(6)).

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

Exhibit "4"

-2-

Mr. Stephen Stamboulieh

You may contact our FOIA Public Liaisons, Darryl Webb or Zina Kornegay, at (202) 648-7390, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division

Enclosure

DEC 10 1963   CP:AT:EF (b) (6)

Colt's Patent Fire Arms Manufacturing Company, Inc.
Hartford 14, Connecticut

Attention: (b) (6)   AR-15 Product Manager

Gentlemen:

This refers to your letters of October 23, 1963, and November 1, 1963, which are concerned with a weapon you describe as an AR-15 Sports Version rifle. (b) (6) left one of these weapons bearing serial number (b) (6) with this office on October 24, 1963, and requested a classification determination of its status under the National Firearms Act.

It is the opinion of this office that the AR-15 automatic rifle used as a prototype model of the Sports Version weapon embodying changes number one through eight outlined in your letter to us dated October 23, 1963, and further modified by the relocation of the pivot pin holes in the upper and lower receiver as described in your letter to us of November 1, 1963, have changed the weapon in basic design to the extent that it is not a "firearm" in the machine gun category as that term is defined in Section 5848(2) of the National Firearms Act.

We are returning the prototype model bearing serial number (b) (6) to you so that you may have an example for production comparison and for future reference.

We are also returning the AR-15 automatic rifle bearing serial number (b) (6) you were kind enough to furnish for comparison purposes. When you receive this firearm, please file a Form 2 (Firearms) with this office.

The Colt AR-15 automatic rifle that (b) (6) brought with him that had been made unserviceable was examined on the day of his visit. While it appeared that the weapon was "unserviceable" as that term is defined in section 179.45 of Part 179, Title 26, C.F.R., regulations issued pursuant to the National Firearms Act, it was pointed out to (b) (6) that the responsibility for the condition of the firearm transferred rested with the transferor. Furthermore, an "unserviceable" firearm is not removed from the purview of the Act and is subject to all of the provisions of the Act except that it is exempt from the

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SUR-NAME | | | | | | | |
| DATE | | | | | | | |

U. S. TREASURY DEPARTMENT—INTERNAL REVENUE SERVICE   CORRESPONDENCE APPROVAL AND CLEARANCE   Form 1937-A (4-59)

- 2 -

transfer tax when transferred if it is unserviceable and is properly reported on a Form 5 (Firearms) to this Division. (b) (6) took the weapon examined which bore serial number (b) (6) with him at the conclusion of the conference.

We are furnishing our Boston regional office a copy of this letter for their information.

                Very truly yours,

                (Signed) Dwight E. Avis
                Dwight E. Avis,
      Director, Alcohol and Tobacco Tax Division.

CC: (b) (6), BOSTON

(b) (6)
12/10/63

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SUR-NAME | (b) (6) | | | | | | |
| DATE | 12/10/63 | 12/10/63 | 12/10/63 | | | | |

U. S. TREASURY DEPARTMENT—INTERNAL REVENUE SERVICE   CORRESPONDENCE APPROVAL AND CLEARANCE   Form 1937-A (4-59)