0 2 AUG 1978

T:T:F:CHB
7540

Mr. Tom L. Klein
831 Keeven Lane
Florissant, Missouri  63031

Dear Mr. Klein:

This is in reply to your request of July 17, 1978, for information regarding the status of an unfinished firearm receiver under the provisions of the Gun Control Act of 1968.

The term "firearm" as defined in Section 921(a)(3) of Title I of the Act means, (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; and, (B) the frame or receiver of any such weapon. It is our position that an unfinished firearm receiver which may be readily converted to functional condition is a firearm as defined.

We regret that we do not have a precise definition of what is "readily converted" since there are too many variables which must be considered. Therefore, it is our policy to render a classification on these items only on a case by case basis. In most instances, we would need to examine the receiver. However, if a sample is not available, we could consider any detailed plans, drawings, specifications, and descriptive data which you could provide.

We regret that our response has not been more definitive. If you would care to provide additional information, we would be happy to respond. If you wish to discuss this matter by telephone, our number is (202) 566-7131.

Sincerely yours,

CHBARTLETT:psc:8/1/78

Exhibit "9"

| CODE | INITIATOR<br>T:T:F | REVIEWER<br>TTF | REVIEWER<br>Nick Vojnovich | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| SUR-NAME | Bartlett | Vojnovich | | | | | |
| DATE | 8/2/78 | 8/2/78 | | | | | |

ATF F 1325.6 (2-75)
REPLACES ATF FORM 92 (9-73) WHICH MAY BE USED

CORRESPONDENCE APPROVAL AND CLEARANCE

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

ATF0008