

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, D.C. 20226

JUL 14 1994

LE:F:TE:RLB
3311.4

Mr. Thomas C. Miller
Attorney at Law
1540 South Pearl Street, Suite B
Denver, Colorado 80210

Dear Mr. Miller:

This refers to your letter of July 1, 1994, concerning an unfinished, sample AR-15 type receiver, which you submitted for our examination and classification.

As defined in 18 U.S.C. Section 921(a)(3)(A) the term "firearm" is defined, for the purposes of the Gun Control Act of 1968 (GCA), to mean any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; Section 921(a)(3)(B) also includes the frame or receiver of any such firearm.

Examination of the sample disclosed that it is identifiable as the frame or receiver of an AR-15 type firearm and it may readily be converted to function as the frame or receiver of a firearm. The submitted sample is basically complete, except for a block of metal which is located in the area of the front pivot pin and two (2) holes which must be drilled through the receiver walls to allow installation of the trigger and hammer pivot pins. The magazine opening and the receiver cavity are completely machined out and the sample receiver is capable of excepting various components to include, but not limited to, the magazine, magazine catch assembly, selector, rear take down pin, lower receiver retainer with complete buffer assembly, trigger guard, various small detent pins and springs.

Based on our examination of the submitted sample, we have determined that the unfinished receiver, as submitted, has reached a stage of manufacture where it would be classified as a "firearm" under Section 921(a)(3) and, therefore, subject to all the controls of the GCA.

Exhibit "13"

ATF0051