

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV 25401
www.atf.gov

903050:AG
3311/2006-601

**APR 24 2006**

Mr. [redacted] Halford
[redacted]
Jonesboro, Arkansas 72404

Dear Mr. Halford:

This is in reply to your correspondence, dated January 26, 2006, along with you your submitted item, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB). The submitted item is a partially machined AR-15 pattern receiver, which you have submitted for classification with respect to its status under the Gun Control Act (GCA) of 1968.

The FTB examination determined that the receiver would need the machining operations for the following holes or openings to enable it to be used as the receiver of a firearm:

- Machine pivot pin hole(s).
- Machine takedown pin hole(s).
- Machine trigger pin hole(s).
- Machine trigger opening in the bottom of the trigger/hammer recess.
- Machine hammer pin hole(s).

Additional minor machining or fitting operations may also be required.

For your information, previous determinations by FTB have classified as "firearms," receivers featuring less machining than your sample. Since your sample is nearly complete, requiring only minor modifications to allow it to function as the frame or receiver of a firearm, it is a *firearm* as defined in 18 USC 921 (a)(3).

As you are aware, an AR-15 type receiver which has absolutely no machining performed in the area of the trigger/hammer recess might not be classified as a firearm. Such a receiver could have **all** other machining operations performed, including the boring of pivot pin and takedown pin hole(s) and clearance for the takedown pin lug, but it must be completely solid and un-machined in the trigger/hammer recess area. Your sample has been filled with clay by FTB to illustrate this area (see photo, next page). If you are interested in having such a modified item formally classified, you must re-submit the prototype to FTB for examination.

Exhibit "16"

Please note that, absent an actual submission, this response cannot constitute a classification of a receiver having a solid trigger/hammer area.

TRIGGER/HAMMER AREA
MUST BE SOLID

We thank you for your inquiry, and trust that the foregoing has been responsive.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

Martinsburg, WV 25401
www.atf.gov

903050:AG
3311/2006-896
**JUL 2 6 2006**

Mr. [redacted] Audibert
[redacted]
Wolcott, Connecticut 06716

Dear Mr. Audibert:

This is in reply to your correspondence dated June 6, 2006, to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB). Your inquiry was forwarded to FTB's new location, Martinsburg, West Virginia. Included in your correspondence are blueprints for a partially machined AR-15 pattern receiver, for which you are requesting classification under the Gun Control Act of 1968 (GCA).

During our examination of the submitted prints, FTB determined that an item machined to the submitted specifications would require the following machining operations to allow its use as the receiver of a firearm:

- Machine takedown pin hole(s).
- Machine trigger pin hole(s).
- Machine hammer pin hole(s).

Additional minor machining/threading or fitting operations may also be required.

For your information, previous determinations by FTB have classified AR-15 pattern receivers (with less machining than your print depicts) as "firearms." Since your submitted prints depict a receiver which is nearly complete, and would require only minor modifications to allow it to function as the frame or receiver of a firearm, a receiver machined to your submitted specifications would be a *firearm* as defined in 18 USC 921 (a)(3).

Please note that an AR-15 type receiver which has no machining performed at all in the area of the trigger/hammer recess might not be classified as a firearm. Such a receiver could have **all** other machining operations performed, including pivot pin and takedown pin hole(s) and clearance for the takedown pin lug, but must be completely solid and un-machined in the trigger/hammer recess area. The photo insert (see page 2) depicts a sample which has been filled with clay by FTB to illustrate this area.

If you are interested in having such an item formally classified, you must submit a machined prototype to FTB for examination.

Mr[redacted] Audibert

Absent an actual submission, this response cannot constitute a classification of a receiver having a solid trigger/hammer area.

**Clay-filled Sample AR-15 Type Receiver**

We thank you for your inquiry, and trust that the foregoing has been responsive.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch