

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, West Virginia 25405
www.atf.gov

903050:MMK
3311/2009-565

MAY 2 0 2009

Mr. Chris Coad
Ultra-Tech, Inc.
3003 Power Drive
Kansas City, Kansas 66106

Dear Mr. Coad:

This refers to your letter to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), with an accompanying sample of a partially machined AR-15 type receiver-casting. You have requested a classification of the sample.

The FTB evaluation of this casting found that the following machining operations had been completed:

- Casting to shape, from aluminum alloy, of an AR-15 type receiver.
- Milling of recesses for the bolt stop and magazine release.
- Milling of the forward and rear take-down pins.
- Milling of the magazine well.
- Threading for the attachment of the buffer tube assembly.
- Drill and tap for the pistol-grip screw.
- Hole for the take-down retaining pin and spring.

The following operations were not completed:

- Drilling of the fire-control (trigger-group) component pivot-pin holes.
- Milling of the cavity for the fire-control (trigger-group) components.

Additionally, we noted that there were no external markings on the receiver.

Our Branch has previously determined that if an AR-type receiver-blank possessed either pivot pin holes or indexing marks for the fire-control components (trigger group); or if any of the cavity for the trigger group had been milled, then the receiver-blank would have been finished to the point at which it could be recognized as a firearm frame or receiver. Your submitted sample does not contain any of these critical features.

Exhibit "17"

ATF0083

-2-

Mr. Chris Coad

Based on our examination, FTB finds that this sample AR-15 type receiver-casting is not yet finished to the point at which it would be classified as a firearm. As such, it is not regulated by the Gun Control Act or National Firearms Act.

To facilitate the return of the submitted sample, please provide FTB with the appropriate FedEx or other common carrier account information within 60 days of receipt of this letter. If you intend to use UPS, you must make arrangements with them to pick up the item at our location. Alternatively, if you wish to abandon the sample to ATF, you may notify us in writing.

We trust the foregoing has been responsive to your request. If we can be of any further assistance, please contact us.

Sincerely yours,

John R. Spencer
Chief, Firearms Technology Branch

ATF0084