MAR 1 3 1986

LR:PrTF:DMD
7540

Mrs. Sylvia M. Daniel
S/ Daniel, Inc
1872 Marietta, Blvd., N.W.
Atlanta, GA  30318

Dear Mrs. Daniel:

This refers to your letter of March 4, 1986, in which you ask about
the serialization of firearm silencers which your firm manufactures.

Section 178.11, Part 179, Title 27, Code of Federal Regulations, defines
a muffler or silencer as "Any device for silencing or diminishing the report
of any portable weapon, such as a rifle, carbine, pistol, revolver,
machine gun, submachinegun, shotgun, fowling piece, or other device from
which a shot, bullet, or projectile may be discharged by an explosive,
and is not limited to mufflers or silencers for "firearms" as defined."

From the above definition, a silencer is a device, and that device is required
to be marked, clearly and conspicuously, in accordance with the provisions
of Section 179.102 of the above cited part. Since there is no specific
frame/receiver to a silencer it is recommended that a major structural
component which is a metallic, nonreplaceable and nondisposable part
of the device be marked with the required information.

Depending on the design of the particular silencer the location of the
markings could vary. In the case of Sionics type silencers such as
manufactured by your firm, the location of the markings on the rear tube
is an acceptable location.

The other questions you raised concerning the filling out of an ACF Form
2, Notice of Firearms Manufactured or Imported, have been referred to
our NFA Branch for reply.

We trust that the foregoing has been responsive to your inquiry. If
we can be of any further assistance, please contact us.

Sincerely yours

Exhibit "25"

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|------|-----------|----------|----------|----------|----------|----------|----------|
| | LR:FrTF | | | | | | |
| SUR-NAME | Draw | JB | | | | | |
| DATE | 3-13-86 | 3/13/86 | | | | | |