

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV  25401    903050 (b) (6)
www.atf.gov                          3311/2006-946

**AUG 1 6 2006**



Dear (b) (6)

This refers to your follow-up correspondence dated July 20, 2006, to the Firearms Technology Branch (FTB), ATF, regarding the inclusion of a bolt assembly and blueprints, to be sold in a package along with an incomplete 10/22 Magnum-type receiver (refer to FTB letter #3311/2006-795). You have enclosed a sample bolt assembly and blueprints, which can be used to complete your 10/22M-type receiver into a firearm.

As you are aware, your incomplete receiver was previously examined by this Branch and was classified as a non-firearm. Selling this item as a "kit" with blueprints, parts, etc., will not change this classification.

We thank you for your inquiry, along with the submitted items, and trust that the foregoing has been responsive.

Sincerely yours,

Sterling Nixon
Chief, Firearms Technology Branch

Exhibit "26"