

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

www.atf.gov

April 6, 2021                                                                                     REFER TO:  2021-0245

Mr. Stephen D. Stamboulieh
Stamboulieh Law, PLLC
Post Office Box 428
Olive Branch, Mississippi  38654
Stephen@sdslaw.us

Dear Mr. Stamboulieh:

This is to acknowledge receipt of your Freedom of Information Act (FOIA)/Privacy Act request dated February 22, 2021, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on February 22, 2021, in which you requested records on behalf of your client concerning industry submission samples.  Your request has been assigned number 2021-0245.  Please refer to this number on any future correspondence.

For your information, this office assigns incoming requests to one of three tracks:  simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  At this time, your request has been assigned to the complex track.  You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

We have determined that you are a non-media, non-commercial requester pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(III).  As a non-media, non-commercial requester, you are entitled to two free hours of search time and up to one hundred pages of duplication without charge.  See 28 C.F.R. § 16.10(d)(4)).  You may review the Department of Justice regulations, which establish the fees charged for processing FOIA requests at https://www.ecfr.gov/cgi-bin/text-idx?SID=8999e607820979b75ca686207dea1e14&mc=true&node=sp28.1.16.a&rgn=div.  If you disagree with this determination, you are welcome to provide any additional information that would demonstrate that you should not be considered an "other" requester.

Exhibit "29"

Mr. Stephen D. Stamboulieh

If you would like to discuss either the track or the fees associated with your request, please contact our FOIA Public Liaisons, Darryl Webb or Zina Kornegay, at (202) 648-7390. You may also discuss any aspect of your request with our FOIA Public Liaisons.

Sincerely,

Adam C. Siple
Chief
Information and Privacy Governance Division