AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED
DEC - 9 2020
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The business and Federal Firearms Licensee ("FFL") known as POLYMER80, Inc. ("POLYMER80"), which is located at 134 Lakes Blvd, Dayton, NV 89403

Case No.   3:20-mj-123-WGC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The business and Federal Firearms Licensee ("FFL") known as POLYMER80, Inc. ("POLYMER80"), which is located at 134 Lakes Blvd, Dayton, as further described in Attachment A, attached hereto and incorporated herein by reference.

located in the _____ District of _____ Nevada _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(a)(2) and other offenses listed in Attachment B | Shipment or Transport of a Firearm by a Federal Firearms Licensee ("FFL") to a Non-FFL in Interstate or Foreign Commerce and other offenses listed in Attachment B |

The application is based on these facts:

See Affidavit of ATF Special Agent Tolliver Hart, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Tolliver Hart, ATF Special Agent
*Printed name and title*

Subscribed and sworn to before me by reliable electronic means on:

Date:  December 2020

City and state:  Reno, Nevada

_____
Judge's signature

WILLIAM G. COBB, U.S. Magistrate Judge
*Printed name and title*

firearms or ammunition, as well as individuals located in foreign countries.

### IV. BACKGROUND ON FIREARMS AND FEDERAL FIREARMS LAWS

#### A. Definitions of "Firearm" and "Handgun"

10. A "firearm" is defined in 18 U.S.C. § 921(a)(3)(A) as "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive." This definition includes "the frame or receiver of any such weapon."

11. A "handgun" is defined in 18 U.S.C. § 921(a)(29) as "(A) a firearm which has a short stock and is designed to be held and fired by the use of a single hand; and (B) any combination of parts from which a firearm described in subparagraph (A) can be assembled."

12. Unfinished frames are parts for a pistol that have not yet reached a point in the manufacturing process to be considered frames. The distinction between a finished and unfinished frame is that a finished frame is capable of receiving the components necessary to assemble it into an operable firearm. In addition, a completed pistol frame will often have rails to allow the attachment of the slide, which contains additional components such as the barrel, recoil spring assembly, and firing pin. Pistol slides are not regulated by ATF, and may be sold, purchased, or transported in interstate commerce fully assembled.

5