

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

# Firearms Technology Branch

DATE: SEP 1 7 2014

YOUR: (b) (6), (b) (7)(C)

FTB: (b) (6), (b) (7)(C)

S/A (b) (6), (b) (7)(C)
Bureau of Alcohol, Tobacco,
Firearms and Explosives
5901 Priestly Dr, Suite 304
Carlsbad, California  92008

The Firearms Technology Branch (FTB) received a request to examine evidence under the above-referenced investigation number for the following Exhibit:

 74. Suspected AR-15 type firearm receiver, material removal guide, three drill bits, and an end mill (see attached photo, next page).

This item is completely solid in the fire-control area, and does not incorporate indexing characteristics, such as locating features for the hammer and trigger pins.  Accordingly, Exhibit 74 does not constitute a firearm frame or receiver.  The Exhibit will be returned to your office.

Earl Griffith
Chief, Firearms Technology Branch

Attachment

Exhibit "9"

6377

RIP

S/A 



Page 2

Submitted item:

