U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Technology Branch**
**Report of Technical Examination**

244 Needy Road
Martinsburg, WV 25405

Phone: 304-616-4300
Fax: 304-616-4301

| | |
|---|---|
| **To:** Special Agent (b) (6), (b) (7)(C)<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>1325 J Street, Suite 1520<br>Sacramento, California 95814 | **Date:** JUN 1 9 2014<br>**UI#:** 786035-14-0044<br>**RE:** (b) (6), (b) (7)(C)<br>**FTB#:** 2014-363 (b) (6), (b) (7)(C)<br>302378 |
| **Date Exhibits Received:** 6/10/2014<br>**Delivered By:** FedEx (b) (6), (b) (7)(C) | **Type of Examination Requested:**<br>Test, Examination, Classification |

### Exhibits:

4. Fram oil filter.
5. Fram oil filter.
6. Wix fuel filter.
7. Geco, 26.5mm caliber signal pistol, serial number (b) (6), (b) (7)(C) with 12 gauge flare adapter.
8. Geco, 26.5mm caliber signal pistol, serial number (b) (6), (b) (7)(C) with 12 gauge flare adapter.
10. Unfinished Model P-13 type pistol frame; and various firearm parts.

### Pertinent Authority:

The Gun Control Act of 1968 (GCA), as amended, defines "firearm" to include:

"...any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive...the frame or receiver of any such weapon...[and]...any firearm muffler or firearm silencer...." (See 18 U.S.C. § 921(a)(3).)

### Findings:

Exhibit 4 is an unused, Fram PH8A Extra Guard oil filter containing a thread adapter and washer at its base.

Exhibit 5 is an unused, Fram PH13 Extra Guard oil filter containing a thread adapter and washer at its base.

Exhibit 6 is an unused, Wix 524744 fuel filter containing a thread adapter at its base.

Exhibit 7 is a 26.5mm caliber signal pistol manufactured in Germany. The Exhibit is designed for launching 26.5mm signal flares.

ATF Form 3311.2
Revised June 2005

Special Agent (b) (6), (b) (7)(C)

786035-14-0044
2014-363 (b) (6), (b) (7)(C)
Page 02

Also included with Exhibit 7 is a 12 gauge insert that fits inside the 26.5mm caliber barrel. The insert is designed to be used with 12 gauge signal flares and will not accommodate standard shotgun ammunition.

Exhibit 8 is a 26.5mm caliber signal pistol manufactured in Germany. The Exhibit is designed for launching 26.5mm signal flares.

Also included with Exhibit 8 is a 12 gauge insert that fits inside the 26.5mm caliber barrel. The insert is designed to be used with 12 gauge signal flares and will not accommodate standard shotgun ammunition.

Exhibit 10 consists of an unfinished Model P-13 type pistol frame and miscellaneous pistol components, to include a slide and .45 ACP caliber barrel. Several critical machining operations have yet to be accomplished on the unfinished pistol frame, to include:

- Cutting the slide rails.
- Cutting the slot for the main spring housing.
- Drilling the slide-stop pin holes.
- Drilling the sear pin holes.
- Drilling the hammer pin holes.
- Drilling the main spring housing pin holes.
- Drilling the disconnector plunger hole.
- Drilling the ejector mount holes.

Consequently, the subject unfinished pistol frame has not yet reached a stage in the manufacturing process where it would be classified as a firearm.

**Conclusions:**

Exhibits 4, 5, 6, 7, 8, and 10 are not subject to regulation under the provisions of the GCA or NFA.

Approved by:

(b) (6), (b) (7)(C)

Firearms Enforcement Officer

(b) (6), (b) (7)(C)

for
Earl Griffith
Chief, Firearms Technology Branch

ATF Form   3311.2
Revised June 2005