

U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Firearms Technology Industry Services Branch*

Martinsburg, WV

www.atf.gov

907010:
3311/303670

The Honorable Raúl R. Labrador
U.S. Congressman
Attention (b) (6)
33 East Broadway, Suite 251
Meridian, ID 83642

Dear Congressman Labrador:

This is in response to your fax to the Bureau of Alcohol, Tobacco, Firearms and Explosives dated May 8, 2015, sent on behalf of your constituent, (b) (6) requested your assistance regarding the status of a specialized large (.550 caliber) empty cartridge case and a rifle chambered for this cartridge that he shipped to the Firearms Technology Industry Services Branch (FTISB) for evaluation on January 26, 2015.

For background, FTISB initially received correspondence (dated April 29, 2014) on May 2, 2014 from (b) (6) requesting whether the .550 Magnum Jamison caliber cartridge, or similar designation, had been previously classified by ATF. FTISB mailed a letter of response on June 24, 2014 (please see attachment), stating that .550 Magnum cartridges constituted "ammunition" as defined in the amended Gun Control Act of 1968 (GCA), 18 U.S.C. § 921(a)(17)(a). Further, it was noted that the classification provided was relevant only to the described ammunition and not to any particular firearm. FTISB would have to examine a firearm chambered for these cartridges in order to establish whether or not it is particularly suitable for sporting purposes.

On January 28, 2015, FTISB receive (b) (6) rifle for examination chambered for the cartridge to be considered for classification as "generally recognized as particularly suitable for sporting purposes" as defined in the National Firearms Act (NFA), 26 U.S.C. § 5845(f). The classification was for the cartridge, of which an empty case was included, to be approved as the "Jamison 550 Magnum" cartridge.

The submitted items were assigned to a FTISB Firearms Enforcement Officer (FEO) for a complete formal evaluation. Although FTISB strives to maintain a customer service response time of within 90 days, we also adhere to the First In, First Out (FIFO) method for organizing,

The Honorable Raúl R. Labrador

handling, and prioritizing our FEO's workloads to ensure fair and equal treatment of all of our customers. The only exception to this being criminal cases, which always takes the highest priority. Unfortunately, we are unable to provide an estimated date of completion at this time, but the assigned FEO is working diligently towards (b) (6) evaluation and will then be able to provide a determination letter specific to the items submitted.

We thank you for your correspondence and trust the foregoing will be responsive to your constituent's concerns. Please let me know if FTISB can be of any further assistance.

Sincerely yours,



Acting Chief, Firearms Technology Industry Services Branch

Attachment: FTISB letter of response to (b) (6) dated June 24, 2014.