

# FTISB Processing Time Goals:

- Marking Variances – 30 days
- Armor Piercing Ammunition Requests (Government Support) - 30 days
- Import Evaluations – 30 to 90 days
- Industry Evaluations – 6 to 9 months
- Industry Correspondence / Questions – Varies by type

**Time required for response may vary depending on the complexity of the evaluation or the length of time required for our review process prior to issuing a response.**

17
21-0245-415