IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC<br>d/b/a BRIDGE CITY ORDNANCE, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00116-PDW-ARS |

# PLAINTIFFS' MOTION FOR ORAL ARGUMENT

1

Come now, Plaintiffs, by and through counsel, pursuant to D.N.D. Civ. L.R. 7.1(E), and file this, their Motion for Oral Argument on their Motion for Preliminary and/or Permanent Injunction (Document Nos. 14, 19, 24) and would show unto the Court the following:

1. On July 25, 2022, Plaintiffs Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation ("Original Plaintiffs") filed their Motion for Preliminary and/or Permanent Injunction. (Document Nos. 14, 19).

2. That same day, Defendants filed a Motion for Extension of Time to response to Plaintiffs' Motion. (Document No. 15). Plaintiffs responded in opposition on July 26, 2022 (Document No. 18) and Defendants replied on July 27, 2022. (Document No. 21).

3. On July 27, 2022, Plaintiffs filed an Amended Complaint, adding the State of Arizona, State of West Virginia, State of Alaska, State of Arkansas, State of Idaho, State of Indiana, State of Kansas, Commonwealth of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Texas, State of Utah, and State of Wyoming ("State Plaintiffs"). (Document No. 22).

4. On July 29, 2022, Magistrate Judge Senechal granted in part and denied part Defendants' Motion for Extension of Time, allowing Defendants until August 15, 2022 to file their Response, and Plaintiffs until August 19, 2022 to file their Reply.

5. On July 29, 2022, the State Plaintiffs filed a Notice of Joinder in the Original Plaintiffs' Motion. (Document No. 24).

6. Due to the voluminous nature of the Final Rule being challenged, and the complex issues of federal law involved, Plaintiffs believe oral argument would assist the Court in ruling on their

Motion, including the benefit of having counsel for both Plaintiffs and Defendants present to answer any of the Court's questions.

7. To the extent the Court desires to hold oral argument, Plaintiffs seek to alert the Court to a prior setting in *Ivan Antonyuk, et al., v. Kevin P. Bruen*, Northern District of New York (1:22-cv-00734-GTS-CFH) wherein counsel for Original Plaintiffs will be arguing a hearing on a Motion for Preliminary Injunction that was previously set for 10:30AM on August 23, 2022.

8. To assist the Court with scheduling oral argument if ordered, Plaintiffs will agree to file their Reply two days earlier than the current schedule, or by August 17, 2022, and can be available for oral argument on either August 18 or August 19, 2022. As an alternative date, Plaintiffs could also be available for oral argument on the morning of August 22, 2022, but with the understanding that counsel will have to fly to Syracuse, New York that afternoon/evening to argue the next morning in the New York case.

9. Plaintiffs' counsel has conferred with counsel for Defendants who stated that Defendants "respectfully defer to the Court regarding whether (and if so, when) to hold a hearing on Plaintiffs' motion."

10. Plaintiffs respectfully request that, if the Court orders oral argument, that it holds the argument on either August 18 or August 19, 2022 and, if so, Plaintiffs will agree to file their Reply early by August 17, 2022.

Respectfully submitted, this the August 1, 2022.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND  58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com
*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*


/s/ Anthony R. Napolitano
MARK BRNOVICH
Attorney General of Arizona

MICHAEL CATLETT*
  *Deputy Solicitor General*
ANTHONY NAPOLITANO*
  *Assistant Attorney General*
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8860
Michael.Catlett@azag.gov
Anthony.Napolitano@azag.gov
*Counsel for Plaintiff State of Arizona*


PATRICK MORRISEY
Attorney General of West Virginia

LINDSAY SEE*
  *Solicitor General*
MICHAEL R. WILLIAMS*
  *Senior Deputy Solicitor General*

4

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*


TREG R. TAYLOR
Attorney General of Alaska

AARON C. PETERSON*
  *Senior Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
Aaron.peterson@alaska.gov
(907) 269-5165
*Counsel for Plaintiff State of Alaska*


LESLIE RUTLEDGE
Arkansas Attorney General

NICHOLAS J. BRONNI*
Arkansas Solicitor General
DYLAN L. JACOBS*
Deputy Solicitor General
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

LAWRENCE G. WASDEN
Attorney General of Idaho

DAYTON REED*
  *Deputy Attorney General*
OFFICE OF THE IDAHO ATTORNEY GENERAL

5

P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
dayton.reed@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*


THEODORE E. ROKITA
Indiana Attorney General

BETSY M. DENARDI*
Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6201
Betsy.DeNardi@atg.in.gov
*Counsel for Plaintiff State of Indiana*


DEREK SCHMIDT
Attorney General of Kansas

BRANT M. LAUE*
  *Solicitor General*
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8435 Phone
Brant.Laue@ag.ks.gov


DANIEL CAMERON
Attorney General of Kentucky

AARON J. SILLETTO*
 *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300

6

Aaron.Silletto@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*


JEFF LANDRY
Attorney General of Louisiana

ELIZABETH B. MURRILL*
  *Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*


ERIC S. SCHMITT
Attorney General of Missouri

D. JOHN SAUER*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
John.Sauer@ago.mo.gov
*Counsel for Plaintiff State of Missouri*


AUSTIN KNUDSEN
Attorney General of Montana

DAVID M.S. DEWHIRST
  *Solicitor General*
KATHLEEN L. SMITHGALL*
  *Assistant Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026

david.dewhirst@mt.gov
kathleen.smithgall@mt.gov
*Counsel for Plaintiff State of Montana*


DOUGLAS J. PETERSON
Attorney General of Nebraska

JAMES A. CAMPBELL*
  *Solicitor General*
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*


JOHN M. O'CONNOR
Attorney General of Oklahoma

BRYAN CLEVELAND*
  *Deputy Solicitor General*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st St.
Oklahoma City, OK 73105
(405) 522-1961
Bryan.cleveland@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*


ALAN WILSON
Attorney General of South Carolina

J. EMORY SMITH, JR.*
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
Email: ESmith@scag.gov
*Attorneys for Plaintiff State of South Carolina*

KEN PAXTON
Attorney General of Texas

AARON F. REITZ*
  *Deputy Attorney General for Legal Strategy*
CHARLIE ELDRED*
  *Special Counsel for Legal Strategy*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Charlie.Eldred@oag.texas.gov
*Counsel for Plaintiff State of Texas*


SEAN D. REYES
Attorney General of Utah

MELISSA A. HOLYOAK*
  *Solicitor General*
OFFICE OF THE UTAH ATTORNEY GENERAL
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
Email: melissaholyoak@agutah.gov
*Counsel for Plaintiff State of Utah*

BRIDGET HILL
Attorney General of Wyoming

RYAN SCHELHAAS*
Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*

                                            *\* Application for Admission Forthcoming*

## **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which caused a notice of the filing and a true and correct copy of the same to be delivered to all counsel of record.

Dated: August 1, 2022.

                                            */s/ Stephen D. Stamboulieh*
                                            Stephen D. Stamboulieh