IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC )
d/b/a BRIDGE CITY ORDNANCE; ELIEZER )
JIMENEZ; GUN OWNERS OF AMERICA, INC.; )
GUN OWNERS FOUNDATION; STATE OF )
ARIZONA; STATE OF WEST VIRGINIA; )
STATE OF ALASKA; STATE OF ARKANSAS; )
STATE OF IDAHO; STATE OF INDIANA; )
STATE OF KANSAS; COMMONWEALTH OF )
KENTUCKY; STATE OF LOUISIANA; STATE )
MISSOURI; STATE OF MONTANA; STATE )
OF NEBRASKA; STATE OF OKLAHOMA; )
STATE OF SOUTH CAROLINA; STATE OF )
TEXAS; STATE OF UTAH; and STATE OF )
WYOMING, )
 )
    Plaintiffs, )
 )
      v. )
 )
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES; UNITED )
STATES DEPARTMENT OF JUSTICE; and )
STEVEN M. DETTELBACH AS THE )
DIRECTOR OF ATF, )
 )
    Defendants. )
 )
_____ )

Case No. 3:22-cv-00116-PDW-ARS

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Plaintiff State of Arizona, enters its appearance by and through

the attorney of record listed below:

      Anthony R. Napolitano (Arizona Bar No. 034586)
      Office of the Arizona Attorney General
      2005 N. Central Ave.
      Phoenix, Arizona 85004
      Telephone: (602) 542-3333
      ACL@azag.gov
      Anthony.Napolitano@azag.gov

Please serve all further pleadings, notices, documents, or other papers herein, upon Plaintiff State of Arizona by serving the undersigned attorney at the addresses stated above.

Respectfully submitted this 1st day of August, 2022.

/s/ Anthony R. Napolitano
MARK BRNOVICH
Attorney General of Arizona

MICHAEL CATLETT*
 *Deputy Solicitor General*
ANTHONY NAPOLITANO*
 *Assistant Attorney General*
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8860
ACL@azag.gov
Michael.Catlett@azag.gov
Anthony.Napolitano@azag.gov
*Counsel for Plaintiff State of Arizona*

<u>**CERTIFICATE OF SERVICE**</u>

I, Anthony R. Napolitano, hereby certify that I have on this day, caused the foregoing

document or pleading to be filed with this Court's CM/ECF system, which caused a notice of the

filing and a true and correct copy of the same to be delivered to all counsel of record.


Dated: August 1, 2022.

/s/ Anthony R. Napolitano
Anthony R. Napolitano