IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a )<br>BRIDGE CITY ORDNANCE, et al.,      )<br>                                  Plaintiffs,   )<br>                                               )<br>v.                                           )<br>                                               )<br>BUREAU OF ALCOHOL, TOBACCO,   )<br>FIREARMS AND EXPLOSIVES, et al.,   )<br>                                               )<br>                                  Defendants. )<br>                                               ) | **MOTION TO APPEAR<br>PRO HAC VICE**<br><br>Case No. 3:22-cv-00116-PDW-ARS |

Bryan Cleveland, an attorney for State of Oklahoma moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Oklahoma State Courts (33860), Maryland State Courts, D.C. Courts (1033558), Oklahoma District Courts (Northern, Eastern and Western (19-134)) 5th and 6th Circuit Court of Appeals, 8th Cir. Court of Appeals (19-0320), 10th and 11th Circuit Court of Appeals and D.C. Circuit |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 3rd day of August.

/s/ Bryan Cleveland
Deputy Solicitor General
Oklahoma Office of the
Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
bryan.cleveland@oag.ok.gov