# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | Case No.  3:22-CV-00116-PDW-ARS<br><br>**MOTION TO APPEAR PRO HAC VICE** |

Dayton P. Reed, an attorney for State of Idaho moves the court pursuant to D.N.D. Gen. L. R. 1.3(0) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| Other Bar Admissions:<br>List jurisdiction and ID number for each jurisdiction | Idaho State Courts, 10775<br>Idaho Federal District Court, 10775<br>9th Circuit Court of Appeals, ID 10775<br>Utah State Courts (inactive), 16145 |
|---|---|
| Disciplinary Actions:<br>list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline. Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

MOTION TO APPEAR PRO HAC VICE - 1

DATED this 5th day of August, 2022.

                                            STATE OF IDAHO
                                            OFFICE OF THE ATTORNEY GENERAL

                                  By: /s/ Dayton P. Reed
                                            DAYTON P. REED
                                            Deputy Attorney General
                                            954 W. Jefferson, 2nd Floor
                                            P.O. Box 83720
                                            Boise, ID  83720-0010
                                            (208) 334-2400
                                            Dayton.reed@ag.idaho.gov

MOTION TO APPEAR PRO HAC VICE - 2