## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC
d/b/a BRIDGE CITY ORDNANCE;
ELIEZER, et all.

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES;
UNITED STATES DEPARTMENT OF
JUSTICE; et all.

)
)
)
)
)
)
)
)
)
)

**MOTION TO APPEAR
PRO HAC VICE**

**Case No.** 3:22-cv-00116-PDW-ARS

---

Aaron C. Peterson, Sr. AAG , an attorney for  State of Alaska, Attorney General

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Alaska Bar Association #1011087 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 11  day of        August, 2022 .

/s/ Aaron C. Peterson, Sr. AAG

Aaron C. Peterson
Associate Attorney General
State of Alaska