IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, d/b/a BRIDGE CITY ORDNANCE, et. al., <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et. al., | **MOTION TO APPEAR PRO HAC VICE** <br><br> Case No. 3:22-cv-00116-PDW-ARS |

Aaron Reitz, an attorney for the Office of the Texas Attorney General moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State Bar of Texas, 24105704 <br> U.S. Supreme Court <br> Fifth Circuit Court of Appeals <br> Texas Eastern District Court <br> Texas Northern District Court <br> Texas Southern District Court <br> Texas Western District Court |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | N/A |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 10 day of August, 2022         .

/s/        Aaron Reitz