**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Morehouse Enterprises, etc., et al. | ) | **MOTION TO APPEAR** |
| | ) | **PRO HAC VICE** |
| | ) | |
| | ) | |
| v. | ) | |
| Bureau of Alcohol, Tobacco, Firearms and | ) | **Case No.** 3:22-cv-00116-PDW-ARS |
| Explosives, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |

James Emory Smith, Jr. , an attorney for   the State of South Carolina

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of South Carolina, Bar No. 5262<br>U.S.  District Court for the District of SC, Federal ID. No. 3708<br>U.S. Courts of Appeals for the DC, 4th, 6th, 9th and 11th Circuits (No ID #'s)<br>Supreme Court of the United States (No ID #) |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 11th          August, 2022

/s/  James Emory Smith, Jr.