# EXHIBIT
# 1

**SPLIT "FRAME OR RECEIVER" EXAMPLES**

1.  Glock variant striker-fired semiautomatic pistol (upper slide and lower grip):



The frame is the lower portion of the pistol, or grip, that provides housing for the sear. *See* 27 C.F.R. 478.12(a)(4)(iii).

2.  AR-variant semiautomatic rifle (upper and lower receivers):



The receiver is the lower part of the weapon that provides housing for the trigger mechanism and hammer, *i.e.*, the lower receiver.   *See* 27 C.F.R. 478.12(f)(1)(ii) (grandfathered classification).

3.  HK-variant semiautomatic rifle:



The receiver is the upper part of the weapon that provides housing for the bolt. *See* 27 C.F.R. 478.12(a)(4)(ix).