# EXHIBIT 2

## "MULTI-PIECE FRAME OR RECEIVER" EXAMPLES

1. Glock-variant pistol multi-piece frame:



The outermost housing for sear must be serialized. *See* 27 C.F.R. 478.92(a)(1)(iii).

2. AR-variant rifle multi-piece receiver (lower receiver in two halves):



Both outermost structures designed to hold the trigger mechanism and hammer must be marked with the *same* serial number unless sold separately. *See* 27 C.F.R. 478.12(a)(1)(iii).

3. Sig P250 / P320 pistol internal chassis/frame (**NOT** a "multi-piece frame" unless the chassis itself may be disassembled):



The internal chassis frame must be serialized in a manner that can be viewed externally ("conspicuously.") *See* 27 C.F.R. 478.12(a)(4)(iv); 478.12(d); 478.92(a)(3).