# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES, LLC,
D/B/A BRIDGE CITY ORDNANCE *et al.*,

    *Plaintiff*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*,

    *Defendants*.

Case No. 3:22-cv-00116

## MOTION TO APPEAR PRO HAC VICE

Megan E. Ball, an attorney for Gun Owners for Safety and three individual members of the organization, respectfully moves pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: | District of Columbia, Bar No. 1708286. Illinois, Bar No. 6332430. U.S. District Court for the Eastern District of Michigan, no ID number. U.S. Court of Appeals for the Federal Circuit, no ID number. |
| Disciplinary Actions: all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions: | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota, and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 16th of August, 2022.

                /s/ *Megan E. Ball*
                Megan E. Ball
                JONES DAY
                51 Louisiana Avenue, N.W.
                Washington, D.C. 20001
                Telephone: (202) 879-4644