# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Morehouse Enterprises, LLC d/b/a Bridge City Ordinance, et al.<br><br>v.<br><br>Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 3:22-cv-00116-PDW-ARS |

Jacob Boyer, an attorney for the Commonwealth of Pennsylvania moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Pennsylvania (Bar No. 324296); U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Tenth Circuit; U.S. District Court for the District of Colorado; U.S. District Court for the District of Columbia; U.S. District Court for the Eastern District of Pennsylvania. |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | I have never been subject to any disciplinary actions. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 16  day of  2022                          .

                                                    /s/            Jacob Boyer