# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, et al. )<br>)<br>v. )<br>)<br>Bureau of Alcohol, Tobacco, Firearms and Explosives, et al. )<br>) | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No. 3:22-cv-00116 |

Adam M. Katz, an attorney for proposed *amici* Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | • Massachusetts:  Bar # 706834<br>• USDC MA<br>• USDC EDNY<br>• New York:  Bar # 5653951<br>• 7th Circuit Court of Appeals:<br>• 8th Circuit Court of Appeals:  Bar #22-0268 |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | NONE |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 16th day of August, 2022.

*/s/ Adam M. Katz*