<u>**Exhibit 2**</u>

**Proposed Order**

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA (EASTERN)

---

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, *et al.*, | No. 3:22-CV-00116-PDW-ARS |
| Plaintiffs, | Hon. Peter D. Welte |
| v. | Hon. Alice R. Senechal |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

This matter comes before the Court on the motion for leave for Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, and March for Our Lives to file an *amicus* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. Having reviewed the motion and the proposed brief, the Court exercises its discretion to **GRANT** the motion. The brief is deemed filed.

DATED this _____ day of _____, 2022.

_____