IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Morehouse Enterprises, etc., et al. )<br>)<br>)<br>)<br>v. )<br>)<br>Bureau of Alcohol, Tobacco, Firearms and )<br>Explosives, et al. )<br>)<br>)<br>) | **MOTION TO APPEAR**<br>**PRO HAC VICE**<br><br>Case No. 3:22-cv-00116-PDW-ARS |

Lee S. Richards , an attorney for Prosecutors Against Gun Violence moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State of New York - 1300201<br><br>United States District Court for the Southern District of New York<br><br>United States District Court for the Eastern District of New York<br><br>United States Court of Appeals for the Second Circuit<br><br>United States Supreme Court |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | No |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 17th day of August.

/s/ <u>Lee S. Richards</u>
Lee S. Richards
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Tel. 212.261.6859
Fax. 212.399.8075
LeeRichards@perkinscoie.com