UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA (EASTERN)

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 3:22-CV-00116-PDW-ARS<br><br>Hon. Peter D. Welte<br><br>Hon. Alice R. Senechal |

**MOTION OF 17 MAJOR CITIES AND PROSECUTORS AGAINST GUN VIOLENCE FOR LEAVE TO FILE A MEMORANDUM OF LAW AS *AMICUS CURIAE***

**PERKINS COIE LLP**

Lee S. Richards
Arthur S. Greenspan
David B. Massey
Rachel S. Mechanic
Jacob J. Taber
Rebecca L. Salk
1155 Avenue of the Americas,
22nd Floor
New York, NY 10036
(212) 262-6900

Clarissa R. Olivares
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4815

*Attorneys for Amicus Curiae Prosecutors Against Gun Violence (counsel information continued on next page)*

James L. Shea
City Solicitor
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
James.shea@baltimorecity.gov

*Attorney for the City of Baltimore, MD*

Adam Cederbaum
Corporation Counsel
1 City Hall Sq., Room 615
Boston, MA 02201
617-635-4030
adam.cederbaum@boston.gov

*Attorney for the City of Boston, MA*

Celia Meza
Corporation Counsel
City of Chicago Department of Law
121 N. LaSalle St., Room 600
(312) 744-0220
Celia.meza@cityofchicago.org
Chicago, IL 60602

*Attorney for the City of Chicago, IL*

Zachary M. Klein
City Attorney
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
(614) 645-7385

*Attorney for City of Columbus, OH*

Barbara J. Doseck
City Attorney
City of Dayton, Ohio
101 W. Third St.
Dayton, Oh 45401

Howard G. Rifkin
Corporation Counsel
550 Main Street, Room 210
Hartford, CT 06103

*Attorney for the City of Hartford, CT*

Michael N. Feuer
Los Angeles City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012

*Attorney for the City of Los Angeles, CA*

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

*Attorney for City of New York, NY*

Kenyatta Stewart
Corporation Counsel
920 Broad Street
Room 316
Newark, NJ
973-733-8935
stewartk@ci.newark.nj..us

*Attorney for Newark, NJ*

Barbara J. Parker
City Attorney
OAKLAND CITY ATTORNEY'S OFFICE
Oakland City Hall
1 Frank H. Ogawa Plaza
Oakland, CA 94612
(510) 238-3601
BParker@oaklandcityattorney.org

*Attorney for the Oakland City Attorney's Office*

*Attorney for the City of Dayton, OH*

Diana P. Cortes
City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
(215) 683-5003
diana.cortes@phila.gov

*Attorney for the City of Philadelphia, PA*

Jeffrey Dana
City Solicitor
444 Westminster St., Ste. 220
Providence, RI 02903

*Attorney for City of Providence, RI*

Linda S. Kingsley
Corporation Counsel
City of Rochester
30 Church Street, Room 400A
Rochester, New York 14614
Phone: (585) 428-6986
linda.kingsley@cityofrochester.gov

*Attorney for City of Rochester, NY*

David Chiu
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

*Attorney for the City and County of San Francisco, CA*

Susan R. Katzoff
Corporation Counsel
City Hall Room 300
233 East Washington Street
Syracuse, New York 13202
Phone: (315) 448 – 8400
Skatzoff@syrgov.net

*Attorney for City of Syracuse, NY*

Ann Davison
City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

*Attorney for the City of Seattle, WA*

Nora Frimann
City Attorney
City of San José, California
200 E. Santa Clara Street
San Jose, California 95113

*Attorney for the City of San José*, *CA*

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of North Dakota, 17 major cities across the United States (the "Amici Cities") and Prosecutors Against Gun Violence ("PAGV," and together with the Amici Cities, the "Amici") hereby respectfully move for leave to file an amicus brief in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction. Defendants do not oppose Amici's motion. Plaintiffs take no position on Amici's motion to file an amicus brief in support of Defendants and defer to the Court as to whether such briefing is helpful or appropriate. A copy of the proposed amicus brief is attached hereto as Exhibit A. A proposed order is attached as Exhibit B.

The Amici respectfully submit that the attached brief will provide timely assistance to the Court in evaluating Plaintiffs' pending Motion to enjoin a federal rule that ensures lawful regulation of the core components of "ghost guns," particularly given the Amici's experience with the underlying legal and factual issues. *See, e.g.*, Order, *Vanessa Dundon, et al. v. Kyle Kirchmeier, et al.*, 16-CV-00406, ECF No. 277 (D.N.D. Aug. 16, 2021) (granting leave to file amicus brief where proposed amicus represented that the brief would "assist the Court in its decision") (Senechal, M.J.); Order, *White River Royalties, LLC, et al. v. Hess Bakken Investments II, L.L.C.*, 19-CV-00218, ECF No. 27 (D.N.D. Feb. 18, 2020) (granting leave to file amicus brief because the "brief may be helpful in resolving the issues"); Order, *The Religious Sisters of Mercy, et al. v. Sylvia Burwell, et al.*, 16-CV-00386, ECF No. 14 (D.N.D. Dec. 8, 2016) (granting leave to file amicus brief where proposed amicus represented that it regularly filed "amicus curiae briefs in state and federal courts" and had litigated "the very issue presented" in the case) (Senechal, M.J.).

The Amici Cities, which have a collective population of 25 million Americans, are

deeply concerned with the growing spread of ghost guns. They are a coalition of municipalities, diverse in terms of geography, size and composition, that are all united by a common purpose—to protect the health and safety of their residents from the rising tide of gun violence on their streets and across the country.

PAGV is an independent, nonpartisan group that identifies and promotes prosecutorial and policy solutions for the national public health and safety crisis of gun violence. PAGV's membership comprises 70 elected prosecutors, who collectively serve over 65 million Americans in 30 states. Its mission includes sharing best practices for prosecuting gun offenders and defending common-sense gun safety policies.

The Amici respectfully request that this Court exercise its discretion to permit the Amici to file the attached *amicus curiae* brief. The brief offers a unique perspective on the issues in this case and does not unduly repeat the parties' arguments. Specifically, the Amici draw upon their collective experiences to provide the Court with data and specific, real-world examples of the effects of ghost guns on public safety and the unique challenges that these unserialized and untraceable guns present to prosecutors and local law enforcement agencies that are tasked with preventing and prosecuting gun crime.

For the foregoing reasons, the Amici respectfully request that this motion for leave to file the accompanying memorandum of law as *amici curiae* be granted.

Dated: August 17, 2022

Respectfully submitted,

**PERKINS COIE LLP**

*/s/ Lee S. Richards*
Lee S. Richards
Arthur S. Greenspan
David B. Massey
Rachel S. Mechanic
Jacob J. Taber
Rebecca L. Salk
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
(212) 262-6900

Clarissa R. Olivares
3150 Porter Drive
Palo Alto, CA 94304-1212
650-838-4815

*Attorneys for Amicus Curiae Prosecutors Against Gun Violence*

*(Counsel information continued on next page)*

James L. Shea
City Solicitor
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
James.shea@baltimorecity.gov

*Attorney for the City of Baltimore, MD*

Adam Cederbaum
Corporation Counsel
1 City Hall Sq., Room 615
Boston, MA 02201
617-635-4030
adam.cederbaum@boston.gov

*Attorney for the City of Boston, MA*

Celia Meza
Corporation Counsel
City of Chicago Department of Law
121 N. LaSalle St., Room 600
(312) 744-0220
Celia.meza@cityofchicago.org
Chicago, IL 60602

*Attorney for the City of Chicago, IL*

Zachary M. Klein
City Attorney
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
(614) 645-7385

*Attorney for City of Columbus, OH*

Barbara J. Doseck
City Attorney
City of Dayton, Ohio
101 W. Third St.
Dayton, Oh 45401

*Attorney for the City of Dayton, OH*

Howard G. Rifkin
Corporation Counsel
550 Main Street, Room 210
Hartford, CT 06103

*Attorney for the City of Hartford, CT*

Michael N. Feuer
Los Angeles City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012

*Attorney for the City of Los Angeles, CA*

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

*Attorney for City of New York, NY*

Kenyatta Stewart
Corporation Counsel
920 Broad Street
Room 316
Newark, NJ
973-733-8935
stewartk@ci.newark.nj..us

*Attorney for Newark, NJ*

Barbara J. Parker
City Attorney
OAKLAND CITY ATTORNEY'S OFFICE
Oakland City Hall
1 Frank H. Ogawa Plaza
Oakland, CA 94612
(510) 238-3601
BParker@oaklandcityattorney.org

*Attorney for the Oakland City Attorney's Office*

Diana P. Cortes
City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
(215) 683-5003
diana.cortes@phila.gov

*Attorney for the City of Philadelphia, PA*

Jeffrey Dana
City Solicitor
444 Westminster St., Ste. 220
Providence, RI 02903

*Attorney for City of Providence, RI*

Linda S. Kingsley
Corporation Counsel
City of Rochester
30 Church Street, Room 400A
Rochester, New York 14614
Phone: (585) 428-6986
linda.kingsley@cityofrochester.gov

*Attorney for City of Rochester, NY*

David Chiu
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

*Attorney for the City and County of San Francisco, CA*

Susan R. Katzoff
Corporation Counsel
City Hall Room 300
233 East Washington Street
Syracuse, New York 13202
Phone: (315) 448 – 8400
Skatzoff@syrgov.net

*Attorney for City of Syracuse, NY*

Ann Davison
City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

*Attorney for the City of Seattle, WA*

Nora Frimann
City Attorney
City of San José, California
200 E. Santa Clara Street
San Jose, California 95113

*Attorney for the City of San José, CA*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2022, a true and accurate copy of the foregoing brief was electronically filed with the Court using the CM/ECF system. Pursuant to District of North Dakota Administrative Policy Governing Electronic Filing and Service §IX(A)(2), service on counsel for all parties will be accomplished through the Court's electronic filing system.

August 17, 2022

Respectfully Submitted,

By: *\/s/ Lee S. Richards*