# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA (EASTERN)**

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, *et al.*, | |
| *Plaintiffs*, | No. 3:22-CV-00116-PDW-ARS |
| v. | Hon. Peter D. Welte |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES*, et al.*, | Hon. Alice R. Senechal |
| *Defendants*. | |

## [PROPOSED] ORDER

On considering the motion of 17 major cities across the United States and Prosecutors Against Gun Violence for leave to file an amicus brief in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction and the proposed amicus brief submitted therewith, the Court holds that the motion should be granted.  For the foregoing reasons, it is hereby:

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Amicus Brief submitted with the Motion for Leave to File.

SIGNED on this _____ day of _____, 2022.

_____
PETER D. WELTE
**UNITED STATES DISTRICT JUDGE**