IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC<br>d/b/a BRIDGE CITY ORDNANCE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, et al.<br><br>Defendants. | Case No. 3:22-cv-00116-PDW-ARS |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATIONS**

Come now, Plaintiffs, by and through counsel, pursuant to D.N.D. Civ. L.R. 7.1(C), and for good cause, file this Motion to Exceed Page Limitations for Plaintiffs' Reply, and in support state as follows:

1. Defendants filed their Opposition to Plaintiffs' Motion for Preliminary and/or Permanent Injunction on August 15, 2022. Defendants' Brief is 40 pages in length, having moved for and received an extension to the number of pages previously.

2. Due to the size and complexity of the Final Rule, Defendants' Opposition, the complex issues of federal law involved, and the necessity to provide the Court with the briefing required to address Defendants' positions, it is necessary to exceed the page limitations set by D.N.D. Civ. L.R. 7.1(B).

3. As such, Plaintiffs seek an enlargement of the page limitation set forth by D.N.D. Civ. L.R. 7.1(B) of 13 pages, for a total of 20 pages for Plaintiffs' Reply.

1

4. Plaintiffs respectfully submit they have established good cause, and request the Court allow them to exceed the page limitations by filing a Reply not to exceed twenty (20) pages in length.

5. Plaintiffs' counsel conferred with counsel for Defendants who stated that they "do not oppose Plaintiffs' motion to file a reply brief not exceeding 20 pages."

Respectfully submitted, this the 17th of August, 2022.

/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh (MS # 102784)
Stambouliehh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND 58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com

**CERTIFICATE OF SERVICE**

    I, Stephen D. Stamboulieh, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with this Court's CM/ECF system, which caused a notice of the filing and a true and correct copy of the same to be delivered to all counsel of record.

    Dated: August 17th, 2022.

                                            */s/ Stephen D. Stamboulieh*
                                            Stephen D. Stamboulieh