Ryan Schelhaas, Bar No. 6-3321
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7841
(307) 777-6869 Facsimile
ryan.schelhaas@wyo.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE; ELIEZER JIMENEZ; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; and STATE OF WYOMING, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case N. 3:22-cv-00116-PDW-ARS |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and STEVEN M. DETTELBACH AS THE DIRECTOR OF ATF, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Ryan Schelhaas, Chief Deputy Attorney General, hereby enters his appearance as counsel for Plaintiff, State of Wyoming.

DATED this 18th day of August, 2022.

/s/Ryan Schelhaas
Ryan Schelhaas, Bar No. 6-3321
Chief Deputy Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-7841
(307) 777-6869 Facsimile
ryan.schelhaas@wyo.gov

Attorney for Plaintiff
State of Wyoming

**CERTIFICATE OF SERVICE**

The undersigned does certify that on the 18th day of August, 2022, a true and correct copy of the foregoing **Entry of Appearance,** filed with this Court's CM/ECF system, which caused a notice of filing and a true and correct copy of the same to be delivered to all counsel of record. Additionally, a true and correct copy was served as indicated on the following:

Arkansas, State of                                          [✓] Email
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

Indiana, State of
Betsy.DeNardi@atg.in.gov

Kansas, State of
Brant.Laue@ag.ks.gov

Louisiana, State of
murrillE@ag.louisiana.gov

Nebraska, State of
Jim.Campbell@nebraska.gov

Utah, State of
melissaholyoak@agutah.gov

West Virginia, State of
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

/s/Sherry Griffin
Sherry Griffin, Paralegal
Wyoming Attorney General's Office