IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, et al. | ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) ) | Case No. 3:22-cv-00116 |
| Bureau of Alcohol, Tobacco, Firearms and Explosives, et al. | ) ) | |

Kathleen Hartnett, an attorney for proposed *amici* Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | U.S. Supreme Court #270156<br>California State Bar #314267<br>District of Columbia Bar #483250<br>New York State Bar #4094348<br>USDC Northern District of California<br>USDC Eastern District of California<br>USDC Southern District of California<br>USDC Central District of California<br>US District Court, District of Columbia<br>US Court of Appeals for the 2nd Circuit<br>US Court of Appeals for the 4th Circuit<br>US Court of Appeals for the 5th Circuit<br>US Court of Appeals for the 9th Circuit<br>US Court of Appeals for the 10th Circuit<br>US Court of Appeals for the 11th Circuit<br>US Court of Appeals for the Federal Circuit<br>US Court of Appeals for the DC Circuit |
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | NONE |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 18th day of August, 2022.

<u>*/s/ Kathleen Hartnett*</u>