IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **MOREHOUSE ENTERPRISES LLC d/b/a** <br> **BRIDGE CITY ORDNANCE** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **BUREAU OF ALCOHOL, TOBACCO,** <br> **FIREARMS AND EXPLOSIVES** *et al.*, <br><br> **Defendants.** | Case No. 3:22-cv-00116-PDW-ARS |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendants, without waiving objections to service, venue, or jurisdiction, enter their appearance by and through the attorney of record listed below:

MARTIN M. TOMLINSON (South Carolina Bar No. 76014)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 353-4556
E-mail: martin.m.tomlinson@usdoj.gov

You are advised that service of all further pleadings, notices, documents, or other papers herein, exclusive of original process, may be made upon said Defendants by serving the undersigned attorney at the address stated above.

Dated: August 19, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Email: Martin.M.Tomlinson@usdoj.gov
*Attorneys for Defendants*