UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Morehouse Enterprises, LLC, et al., Plaintiffs

v.  Case No: 3:22-cv-116

Bureau of Alcohol, Tobacco, Firearms
and Explosives, et al., Defendants

*Counsel*:
for Plaintiffs:        Stephen Stamboulieh,
for State Plaintiffs:  Anthony Napolitano
for Defendants:        Martin Tomlinson

___

**CLERK'S MINUTES**
Proceeding: Status Conference (via video)

| | | | |
|---|---|---|---|
| Presiding Judge: | Honorable Peter D. Welte | Date: | August 19, 2022 |
| Deputy Clerk: | Todd Dudgeon | Time: | 9:10 AM |
| Court Reporter: | Kelly Kroke | Recess: | 9:30 AM |
| Law Clerk: | Beth Alvine | | |

Court calls case and notes appearances.
Court reviews the procedural posture of the case. No objections from the parties.
Parties comment visa vie the case in Texas (Division 80 Case) and the deadline of Aug 24 for the Rule to take effect. Another case was recently filed in TX-N.

Court inquires whether an oral argument hearing is needed before Aug 24. Court informs parties no oral argument is needed.

Mr. Stamboulieh comments the issues in the Division 80 case are different than the issues in this case. Court agrees.

Court adjourned.