IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES; LLC d/b/a BRIDGE CITY ORDNANCE, ELIEZER JIMENEZ; GUN OWNERS OF AMERICA, INC.; GUN OWNERS FOUNDATION; STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; and STATE OF WYOMING,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and GARY M. RESTAINO AS THE ACTING DIRECTOR OF ATF,<br><br>    Defendants. | Case No. 3:22-cv-00116 |

## **ENTRY OF APPEARANCE**

Lindsay S. See, Solicitor General, hereby enters her appearance as counsel for Plaintiff, State of West Virginia.

1

DATED this 22nd day of August, 2022.

    /s/ Lindsay S. See
Lindsay S. See WVSB 13360
Office of the West Virginia Attorney General
1900 Kanawha Blvd. East
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov

## CERTIFICATE OF SERVICE

I, Lindsay S. See, hereby certify that I have filed on the 22nd day of August, a true and correct copy of the foregoing *Entry of Appearance*, with this Court's CM/ECF system, which caused a notice of the filing and a true and correct copy of the same to be delivered to all counsel of record.

Dated: August 22, 2022.

/s/ Lindsay S. See
Lindsay S. See