U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  3:22-cv-116

Morehouse Enterprises, LLC et al v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al

Length of trial:  None

Financial Status:  Fee Paid?  ☑ Yes  ☐ No
If **NO**, has IFP been granted?  ☐ Yes  ☐ No
Is there a pending motion for IFP?  ☐ Yes  ☑ No

Are there any other pending post-judgment motions?  ☐ Yes  ☑ No

Please identify the court reporter:  ☐ No hearings held

Name:  Kelly Kroke

Address:  655 1st Avenue North, Fargo ND 58102

Telephone Number:  701-297-7000

Criminal cases only:
Is the defendant incarcerated?  ☐ Yes (include address below)   No ☐

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**