# EXHIBIT 1

James Madison Tactical Online Store Page

SEARCH

**TRIGGERS**



| COMPANY | CUSTOMERS | ACCOUNT | CONNECT | MAILING LIST SIGN-UP |
|---|---|---|---|---|
| Privacy Policy | FAQ/Help | My Account | Facebook | EMAIL ADDRESS... |
| Terms & Conditions | Shipping & Deliveries | Login / Register | Twitter | |
| Product List | Returns & Exchanges | Order Status | Contact Us | |
| Category List | | | | |



Copyright © 2022 James Madison Tactical LLC. All Rights Reserved. Built with Volusion