# EXHIBIT 2

Google Search Results



Google

james madison tactical

All Videos News Shopping Images More Tools

About 2,770,000 results (0.38 seconds)

http://jamesmadisontactical.com

## James Madison Tactical: polymer lower

**JMT** Designs, develops and manufactures the 80% Generation 2 AR15 and .308 Equalizer polymer lower receivers, as well as selling specific parts accessories.

You've visited this page 5 times. Last visit: 8/25/22

### AR-15 80% Polymer Lower

After much research in polymer 80 lower receivers, James Madison ...

### MANUALS

80 LOWER MACHINING MANUALS JMT AR-15 Polymer ...

### 308 Equalizer polymer lower

The polymer 80% lower receiver for your .308 platform is ...

### JMT PRODUCTS

JMT has developed the best AR-15 and .308 80% polymer lower ...

More results from jamesmadisontactical.com »

https://www.80-lower.com › james-madison-tactical

## James Madison Tactical | Shop JMT Lowers & more at 80 ...

Looking for a JMT Lower or other **James Madison Tactical** products? We carry JUST ABOUT EVERYTHING by **James Madison Tactical** at 80% Lowers.

https://www.facebook.com › ... › Retail company

## James Madison Tactical - Home | Facebook

The JMT 80% lower for your AR-15 is engineered and manufactured in the USA. Using current... PO Box 374 639 Cullum Ave, Richland, WA 99352.

https://www.ar-15lowerreceivers.com › james-madison-...

## James Madison Tactical Products - AR-15 Lower Receivers

JMT 'Carbon 50' AR-15 80% Gen 2 Polymer Lower w/ Jig & Mil-Spec AR15 Lower Parts Kit w/ Hammer and Trigger. MSRP: Was: Now: $129.99.

https://www.rainierarms.com › Manufacturers

## JMT | Receivers, triggers, parts, accessories - Rainier Arms

**James Madison Tactical**, LLC. Designs, develops and manufactures the 80% Generation 2 AR15 and .308 Equalizer polymer lower receivers, as well as selling ...

https://www.arindustriesllc.com › ... › Rifles

## James Madison Tactical - AR Industries LLC

**James Madison Tactical** · **James Madison Tactical** Anti-Rotation / Anti-Walk Trigger Pins · **James Madison Tactical** Gen 2 80% Polymer AR-15 Lower Receiver w/ Jig DG.

https://www.instagram.com › jamesmadisontactical

## James Madison Tactical (@jamesmadisontactical) • Instagram ...

1409 Followers, 60 Following, 237 Posts - See Instagram photos and videos from **James Madison Tactical** (@**jamesmadisontactical**)

https://www.wingtactical.com › brands › James-Madiso...

## James Madison Tactical products for sale at Wing Tactical

**James Madison Tactical** is the brainchild of Scott and Dan Hanchette, a pair of brothers
who bring experience in design and manufacturing for the aerospace ...

## Related searches ⋮

| | |
|---|---|
| james madison tactical **review** | james madison tactical **jig** |
| james madison tactical **trigger** | james madison tactical **carbon 50** |
| **jmt lower failure** | james madison tactical **carbon 50 review** |
| james madison tactical **80% lower** | james madison tactical **80% lower review** |

1  2  3  4          Next

**Los Olivos, Phoenix, AZ** - Based on your places (Work) - Update location

Help    Send feedback    Privacy    Terms