IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, et al., | ) ) ) |
| v. | ) CASE NO. 22-116-PDW-ARS |
| Bureau of Alcohol, Tobacco, Firearms and Explosives, et al., | ) ) ) ) |

TRANSCRIPT REQUEST - APPEAL

A Notice of Appeal to the Eighth Circuit Court of Appeals was filed on August 25, 2022 in the United States District Court for the District of North Dakota.

Pursuant to Rule 10(b), Federal Rules of Appellate Procedure, the appellant hereby orders the following portion(s) of the transcript: (Add pages if necessary.) **Please state if the criminal trial transcript should include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions. CJA attorneys must get authorization from the Court.**

Transcript of Virtual Status Conference held on August 19, 2022.

Costs of the transcript will be paid by the following method:

Firm Check

Arrangements for payment have been made with the Court Reporter:    Yes    ✔ No

☐ Please check if the transcript is not necessary and will not be ordered.

Attorney's Name: Stephen D. Stamboulieh
Address: P.O. Box 428
City, State, Zip: Olive Branch, MS 38654
Telephone: (601) 852-3440

COURT REPORTER'S ACKNOWLEDGMENT

Pursuant to Rule 11(b) FRAP, receipt of the foregoing Transcript Request is hereby acknowledged this date and arrangements have/have not been made for payment. Transcript will be filed on or before _____.

Dated: _____    _____
                             Court Reporter