# U. S. COURT OF APPEALS - EIGHTH CIRCUIT
## NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No.  3:22-cv-116

Morehouse Enterprises, LLC et al v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al

Length of trial:  None

| Financial Status: | | |
|---|---|---|
| Fee Paid? | ✓ Yes | ☐ No |
| If **NO**, has IFP been granted? | ☐ Yes | ☐ No |
| Is there a pending motion for IFP? | ☐ Yes | ✓ No |

Are there any other pending post-judgment motions?  ☐ Yes  ✓ No

Please identify the court reporter:  ☐ No hearings held

  Name:  Kelly Kroke

  Address:  655 1st Avenue North, Fargo ND 58102

  Telephone Number:  701-297-7000

Criminal cases only:
  Is the defendant incarcerated?  ☐ Yes (include address below)  ☐ No

  Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Notice of Interlocutory Appeal filed on 8/25/2022 - USCA #22-02812