IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **MOREHOUSE ENTERPRISES LLC d/b/a** <br> **BRIDGE CITY ORDNANCE** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **BUREAU OF ALCOHOL, TOBACCO,** <br> **FIREARMS AND EXPLOSIVES** *et al.*, <br><br> Defendants. | Case No. 3:22-cv-00116-PDW-ARS |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendants, by and through their undersigned attorneys, hereby move for a 14-day extension of time to respond to Plaintiffs' Amended Complaint, ECF No. 22. The current deadline for Defendants to respond to Plaintiffs' Amended Complaint is September 23, 2022. This is the first request for an extension of this deadline. Counsel for Defendants have conferred with counsel for Plaintiffs, who represent that they do not oppose the requested extension.

This Court denied Plaintiffs' motion for a preliminary injunction on August 23, 2022. ECF No. 85. On August 25, 2022, Plaintiffs notified this Court that they had lodged an interlocutory appeal of that order to the Court of Appeals for the Eighth Circuit. ECF No. 87. Since that time, the Parties have conferred on appropriate next steps in the case. Plaintiffs have indicated that they intend to file a motion to stay further proceedings in the case pending the outcome of their interlocutory appeal, and the Parties generally agree that staying this case is the most logical way to preserve judicial resources until the litigation can be informed by any decision of the Court of Appeals. In the event that this matter is not stayed, the Parties will confer to try and agree upon a proposed schedule for deadlines for the filing of Defendants' Response to Plaintiffs' Amended

Complaint and other upcoming filings.  The present motion will preserve the status quo and allow the Court during the pendency of the forthcoming motion to stay.

WHEREFORE, Defendants ask this Court to grant this unopposed motion for a 14-day extension of time for filing their Response to Plaintiffs' Amended Complaint, until October 7, 2022.

Dated:  September 22, 2022        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov
*Attorneys for Defendants*