IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, D/B/A BRIDGE CITY ORDNANCE, *et al.*, <br><br> *Plaintiff*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 3:22-cv-00116 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to D.N.D. Gen. L.R. 1.3(F), notice is hereby given that Lisa L. Beane of Jones Day withdraws as counsel for amici curiae Gun Owners for Safety, Jason Perry, Jonathan Gold, and Scott Spreier in the above-captioned matter, as Ms. Beane's employment with Jones Day will end on October 14, 2022.  Amici curiae Gun Owners for Safety, Jason Perry, Jonathan Gold, and Scott Spreier will continue to be represented by Barbara Harding of Jones Day, so no further substitution of counsel is required.

Dated this 5th day of October, 2022.

/s/ *Lisa L. Beane*
Lisa L. Beane
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8884
lbeane@jonesday.com