IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **MOREHOUSE ENTERPRISES LLC d/b/a** ) <br> **BRIDGE CITY ORDNANCE** *et al.*, ) <br>  ) <br> **Plaintiffs,** ) <br>  ) <br> **v.** ) <br>  ) <br> **BUREAU OF ALCOHOL, TOBACCO,** ) <br> **FIREARMS AND EXPLOSIVES** *et al.*, ) <br>  ) <br> **Defendants.** ) <br> _____) | Case No. 3:22-cv-00116-PDW-ARS |

## JOINT STATUS REPORT

Pursuant to this Court's September 23, 2022 Order staying proceedings pending Plaintiffs' interlocutory appeal, ECF No. 101, Plaintiffs and Defendants provide the Court with the following status report. Plaintiffs filed notices of interlocutory appeal of this Court's Order denying their motion for injunction on August 25 and August 26, 2022. *See* ECF Nos. 87 & 91. Since that time, the appeal has been progressing. Plaintiffs filed their briefs with the court of appeals on October 20, 2022, and Defendants' response brief is due to be filed on November 28, 2022. The Parties maintain their positions that it would best serve the interests of all parties involved, and would best serve judicial efficiency, for all proceedings before this Court to remain stayed until the resolution of Plaintiffs' interlocutory appeal.

Dated: November 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov
*Attorneys for Defendants*


*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND 58107-1389
701-237-6983 (T)
701-237-0847 (F)

rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*


/s/ *Anthony R. Napolitano*
MARK BRNOVICH
Attorney General of Arizona
MICHAEL CATLETT*
*Deputy Solicitor General*
ANTHONY NAPOLITANO
*Assistant Attorney General*
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-8860
Michael.Catlett@azag.gov
Anthony.Napolitano@azag.gov

*Counsel for Plaintiff State of Arizona*