UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | Case No. 3:22-CV-00116-PDW-ARS<br><br>**MOTION TO APPEAR PRO HAC VICE** |

Alan W. Foutz, Deputy Attorney General for the State of Idaho moves the court pursuant to D.N.D. Gen. L. R. 1.3(0) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions:<br>List jurisdiction and ID number for each jurisdiction | Idaho State Courts, 11533<br>Idaho Federal District Court, 11533<br>California State Courts, 155145<br>California Fed. Eastern District, 155145<br>California Fed. Northern District, 155145<br>Ninth Circuit Court of Appeals, 155145<br>Sixth Circuit Court of Appeals, 155145<br>United States Supreme Court |
| Disciplinary Actions:<br>list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

MOTION TO APPEAR PRO HAC VICE - 1

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

DATED this 14th day of December, 2022.

                                             STATE OF IDAHO
                                             OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Alan W. Foutz*
     ALAN W. FOUTZ
     Deputy Attorney General
     954 W. Jefferson, 2nd Floor
     P.O. Box 83720
     Boise, ID  83720-0010
     (208) 334-2400
     alan.foutz@ag.idaho.gov

MOTION TO APPEAR PRO HAC VICE - 2