LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

ALAN W. FOUTZ, ISB #11533
Deputy Attorney General
954 W Jefferson, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:	(208) 334-2400
Facsimile:	(208) 854-8073
alan.foutz@ag.idaho.gov

Attorney for the State of Idaho

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | |
|---|---|
| Morehouse Enterprises, LLC, d/b/a/ Bridge City Ordnance, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Bureau of Alcohol, Tobacco, Firearms and Explosives, et al., <br><br> Defendants. | Case No. 3:22-cv-116 <br><br> **SUBSTITUTION OF COUNSEL** |

    NOTICE IS GIVEN that Deputy Attorney General Alan W. Foutz does hereby appear as attorney of record for Plaintiff the State of Idaho. This appearance is in substitution for Dayton P. Reed. All future pleadings, submissions and correspondence should be addressed to Alan W. Foutz as counsel for the State of Idaho.

**SUBSTITUTION OF COUNSEL – 1**

DATED this 15th day of December, 2022.

                                      STATE OF IDAHO
                                      OFFICE OF THE ATTORNEY GENERAL

                            By:  /s/  *Alan W. Foutz*
                                   ALAN W. FOUTZ
                                   Deputy Attorney General
                                   *Pro Hac Vice Forthcoming*

**SUBSTITUTION OF COUNSEL – 2**