AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
 *Solicitor General*
KATHLEEN L. SMITHGALL
 *Deputy Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
christian.corrigan@mt.gov
kathleen.smithgall@mt.gov

*Attorneys for State of Montana*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA, EASTERN DIVISION

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, D/B/A BRIDGE CITY ORDNANCE, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL., <br><br> *Defendants*. | No. 3:22-cv-116 <br><br> **SUBSTITUTION OF COUNSEL** |

The State of Montana hereby notifies this Court and the parties that Christian B. Corrigan, Solicitor General, is substituted as counsel of record in the place of David M.S. Dewhirst.

Please submit all correspondence, pleadings, and general mail to Mr. Corrigan via ECF or at the following address and email:

    CHRISTIAN B. CORRIGAN
      *Solicitor General*
    215 North Sanders
    P.O. Box 201401
    Helena, MT 59620-1401
    Phone: 406-444-2026
    Fax: 406-444-3549
    christian.corrigan@mt.gov

DATED this 2nd day of March, 2023.

          AUSTIN KNUDSEN
          Montana Attorney General

          */s/ Christian B. Corrigan*
          CHRISTIAN B. CORRIGAN
            *Solicitor General*
          KATHLEEN L. SMITHGALL
            *Deputy Solicitor General*
          215 North Sanders
          P.O. Box 201401
          Helena, MT 59620-1401
          Phone: 406-444-2026
          Fax: 406-444-3549
          christian.corrigan@mt.gov
          kathleen.smithgall@mt.gov

          *Attorneys for State of Montana*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated:  March 2, 2023                           */s/ Christian B. Corrigan*
                                                              CHRISTIAN B. CORRIGAN