**CASE NO. 22-2854**

**UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT**

STATE OF ARIZONA; STATE OF WEST VIRGINIA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF IDAHO; STATE OF INDIANA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF LOUISIANA; STATE MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH; and STATE OF WYOMING,

*Plaintiffs-Appellants*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and STEVEN M. DETTELBACH as the DIRECTOR OF ATF,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the District of North Dakota
The Honorable District Court Judge Peter D. Welte
Case No. 3:22-cv-116

**PLAINTIFF-APPELLANT STATE OF ARIZONA'S STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the State of Arizona hereby submits its Stipulation of Voluntary Dismissal of the State of Arizona's appeal in this action. Undersigned Appellees and Co-Appellants stipulate that they offer no objection to the State of Arizona's dismissal of its appeal. This Stipulation is not intended to affect the interests or status of any party to this litigation except with respect to the State of Arizona. The State of Arizona and Appellees further stipulate that each party shall bear its own costs and fees.

Respectfully submitted,

Date: March 14, 2023

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**

*/s/ Anthony R. Napolitano*
Anthony R. Napolitano
4343 E. Camelback Road, Suite 210
Phoenix, AZ 85018
602-848-5449
anapolitano@bfsolaw.com
*Counsel for Appellant State of Arizona*

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

ROBERT J. OLSON (VA # 82488)
WILLIAM J. OLSON, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

*/s/ Kathleen L. Smithgall*
KATHLEEN L. SMITHGALL
*Deputy Solicitor General*
CHRISTIAN CORRIGAN
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov
kathleen.smithgall@mt.gov
*Counsel for Appellant State of Montana*

PATRICK MORRISEY
Wester Virginia Attorney General

*/s/ Michael R. Williams*
LINDSAY SEE
*Solicitor General*
MICHAEL R. WILLIAMS
*Senior Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305

(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov
*Counsel for Appellant State of West Virginia*

TREG R. TAYLOR
Alaska Attorney General

*/s/ Aaron C. Peterson*
AARON C. PETERSON
*Senior Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
Aaron.peterson@alaska.gov
(907) 269-5165
*Counsel for Appellant State of Alaska*

TIM GRIFFIN
Arkansas Attorney General

*/s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI
Arkansas Solicitor General
DYLAN L. JACOBS
*Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*Counsel for Appellant State of Arkansas*

RAÚL LABRADOR
Idaho Attorney General

*/s/ Alan W. Foutz*

ALAN W. FOUTZ
*Deputy Attorney General*
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
alan.foutz@ag.idaho.gov
*Counsel for Appellant State of Idaho*

THEODORE E. ROKITA
Indiana Attorney General

*/s/ Betsy M. Denardi*
BETSY M. DENARDI
Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6201
Betsy.DeNardi@atg.in.gov
*Counsel for Appellant State of Indiana*

KRIS KOBACH
Kansas Attorney General

*/s/ Dwight R. Carswell*
DWIGHT R. CARSWELL
*Deputy Solicitor General*
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8435 Phone
dwight.carswell@ag.ks.gov

DANIEL CAMERON
Kentucky Attorney General

*/s/ Matthew F. Kuhn*

MATTHEW F. KUHN
*Solicitor General*
AARON J. SILLETTO
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov
Matthew.Kuhn@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

JEFF LANDRY
Louisiana Attorney General

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL
*Solicitor General*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov
*Counsel for Appellant State of Louisiana*

ANDREW BAILEY
Missouri Attorney General

*/s/ Maria Lanahan*
MARIA LANAHAN
*Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
(573) 751-8870
Maria.Lanahan@ago.mo.gov

*Counsel for Appellant State of Missouri*

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Eric J. Hamilton*
Eric J. Hamilton
*Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
eric.hamilton@nebraska.gov
*Counsel for Appellant State of Nebraska*

GENTNER F. DRUMMOND
Oklahoma Attorney General

*/s/ Zach West*
ZACH WEST
*Director of Special Litigation*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st St.
Oklahoma City, OK 73105
(405) 522-1961
zach.west@oag.ok.gov
*Counsel for Appellant State of Oklahoma*

ALAN WILSON
South Carolina Attorney General

*/s/ J. Emory Smith*
J. EMORY SMITH, JR.
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680

ESmith@scag.gov
*Attorneys for Appellant State of South Carolina*

KEN PAXTON
Texas Attorney General

*/s/ Aaron F. Reitz*
AARON F. REITZ
*Deputy Attorney General for Legal Strategy*
CHARLIE ELDRED
*Special Counsel for Legal Strategy*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Aaron.Reitz@oag.texas.gov
Charlie.Eldred@oag.texas.gov
*Counsel for Appellant State of Texas*

SEAN D. REYES
Utah Attorney General

*/s/ Melissa Holyoak*
MELISSA A. HOLYOAK
*Solicitor General*
OFFICE OF THE UTAH ATTORNEY GENERAL
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
melissaholyoak@agutah.gov
*Counsel for Appellant State of Utah*

BRIDGET HILL
Wyoming Attorney General

*/s/ Ryan Schelhaas*
RYAN SCHELHAAS
Chief Deputy Attorney General

OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Appellant State of Wyoming*

*ABBY C. WRIGHT*

*/s/ Sean R. Janda*___
SEAN R. JANDA
Attorneys, Appellate Staff
Civil Division, Room 7260
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-3388
sean.r.janda@usdoj.gov
*Counsel for Defendants-Appellees*

**CERTIFICATE OF SERVICE**

I certify that on March 14, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, and that the CM/ECF system will accomplish service on all parties represented by counsel who are registered CM/ECF users.

*/s/ Shelly Curry*
Shelly Curry