U.S. DISTRICT COURT
DISTRICT OF NORTH DAKOTA
(Eastern)

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES, *et al.* )<br>)<br>Defendants. ) | No. 3:22-cv-00116-PDW-ARS |

ENTRY OF APPEARANCE

COMES NOW Maria A. Lanahan, Deputy Solicitor General, and hereby enters her appearance on behalf of Plaintiff State of Missouri.

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

  */s/ Maria A. Lanahan*
Maria A. Lanahan, MO65956
  *Deputy Solicitor General*
815 Olive St, Suite 200
St. Louis, MO 63101
(573) 751-1800
(573) 751-0774 (fax)
Maria.Lanahan@ago.mo.gov

*Attorney for Plaintiff State of Missouri*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on March 17, 2023 the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

                                                                    */s/ Maria A. Lanahan*