# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2854

Morehouse Enterprises, LLC, doing business as Bridge City Ordinance, et al.

State of Arizona, et al.

Appellants

v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.

Appellees

------------------------------

District of Columbia, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:22-cv-00116-PDW)

---

**ORDER**

The appeal by the State of Arizona is dismissed pursuant to the stipulation of voluntary dismissal filed on March 14, 2023.

March 20, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans