U.S. DISTRICT COURT
DISTRICT OF NORTH DAKOTA
(Eastern)

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:22-cv-00116-PDW-ARS |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, *et al.* ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

D. John Sauer, hereby moves to withdraw as counsel of record for Plaintiff State of Missouri. Good cause exists as the undersigned has taken a different position outside of the Office of the Missouri Attorney General. Plaintiff will not be prejudiced by this withdrawal and will continue to have representation.

Respectfully submitted,

*/s/ D. John Sauer*
D. John Sauer, MO 58721
James Otis Litigation
13321 North Outer Forty Road
Suite 300
St. Louis, Missouri 63017
(314) 562-0031

john.sauer@james-otis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March 2023, I electronically filed the foregoing using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ D. John Sauer*