IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **MOREHOUSE ENTERPRISES LLC d/b/a** <br> **BRIDGE CITY ORDNANCE *et al.*,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **BUREAU OF ALCOHOL, TOBACCO,** <br> **FIREARMS AND EXPLOSIVES *et al.*,** <br><br> **Defendants.** | Case No. 3:22-cv-00116-PDW-ARS |

## MOTION TO WITHDRAW AS ATTORNEY

Undersigned counsel for Defendants, Martin M. Tomlinson of United States Department of Justice, Civil Division, Federal Programs Branch, hereby requests to withdraw as counsel of record in this matter. Mr. Tomlinson has accepted a new position, and his employment with the Civil Division will end effective March 25, 2023. Defendants will continue to be represented by Daniel Riess of the Department of Justice Civil Division and no party will be prejudiced by Mr. Tomlinson's withdrawal from this case.

Dated: March 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov
*Attorneys for Defendants*