IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, D/B/A BRIDGE CITY ORDNANCE, *et al.*,<br><br>    *Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | Case No. 3:22-cv-00116 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to D.N.D. Gen. L.R. 1.3(F), notice is hereby given that Barbara Harding of Jones Day withdraws as counsel for amici curiae Gun Owners for Safety, Jason Perry, Jonathan Gold, and Scott Spreier in the above-captioned matter, as Ms. Harding's employment with Jones Day will end on April 30, 2023. Amici curiae Gun Owners for Safety, Jason Perry, Jonathan Gold, and Scott Spreier will continue to be represented by Jennifer Swize of Jones Day, so no further substitution of counsel is required.

Dated this 28 day of April, 2023.

                                                /s/ *Barbara Harding*
                                              Barbara Harding
                                              JONES DAY
                                              51 Louisiana Ave NW,
                                              Washington, DC 20001
                                              Telephone: (202) 879-4681
                                              bharding@jonesday.com