AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN B. CORRIGAN
 *Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
christian.corrigan@mt.gov

*Attorneys for State of Montana*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA, EASTERN DIVISION

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, D/B/A BRIDGE CITY ORDNANCE, ET AL.,<br><br>       *Plaintiffs*,<br><br> v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, ET AL.,<br><br>       *Defendants*. | No. 3:22-cv-116<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Kathleen L. Smithgall, hereby moves to withdraw as counsel of record for the Plaintiff State of Montana.  Good cause exists as the undersigned has a taken a different position outside of the Montana Attorney General's Office.  Plaintiff will not be prejudiced by this

withdrawal and will continue to be represented by Christian B. Corrigan, Solicitor General.

DATED this 2nd day of May, 2023.

>AUSTIN KNUDSEN
>Montana Attorney General
>
>*/s/ Kathleen L. Smithgall*
>KATHLEEN L. SMITHGALL

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: May 2, 2023                    */s/ Kathleen L. Smithgall*
                                                              KATHLEEN L. SMITHGALL