# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Bureau of Alcohol, Tobacco, Firearms and Explosives, et al., <br><br> Defendants. | **ORDER ADOPTING STIPULATION OF DISMISSAL** <br><br> Case No. 3:22-cv-116 |

Before the Court is a stipulation for dismissal as to the State of Arizona.  Doc. No. 122. The Court **ADOPTS** the stipulation (Doc. No. 122) in its entirety and **ORDERS** the State of Arizona's claims be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the State of Arizona and Defendants to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 1st day of June, 2023.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court