IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC, *et al.*,<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br>    Defendants. | No. 3:22-cv-00116-PDW-ARS |

### UNOPPOSED MOTION OF PLAINTIFF STATE OF TEXAS FOR WITHDRAWAL OF COUNSEL

Plaintiff State of Texas file this file this Unopposed Motion to Withdraw Aaron F. Reitz as their attorney in this matter.

Aaron F. Reitz has accepted a position outside the Office of the Attorney General of Texas, and Plaintiff respectfully request that he be withdrawn as their counsel. They will continue to be represented by co-counsel listed below. This withdrawal will not delay any proceedings. This motion is unopposed.

Dated June 22, 2023.

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

RALPH MOLINA
Deputy Attorney General for Legal Strategy

Respectfully submitted.

*/s/ CHARLES K. ELDRED*
CHARLES K. ELDRED
Special Counsel
Texas Bar No. 00793681
SDTX Bar No. 20772
Charles.Eldred@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700

Counsel for the State of Texas

### Certificate of Service

On June 22, 2023, this notice was filed through the Court's CM/ECF service, which automatically serves it upon all counsel of record.

*/s/ CHARLES K. ELDRED*
CHARLES K. ELDRED

1