IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES LLC d/b/a ) <br> BRIDGE CITY ORDNANCE *et al.*,          ) <br>                                                           ) <br>    Plaintiffs,                                       ) <br>                                                           ) <br> v.                                                      ) <br>                                                           ) <br> BUREAU OF ALCOHOL, TOBACCO,      ) <br> FIREARMS AND EXPLOSIVES *et al.*,  ) <br>                                                           ) <br>    Defendants.                                     ) <br> _____) | Case No. 3:22-cv-00116-PDW-ARS |

## JOINT STATUS REPORT

In accordance with this Court's March 1, 2023 Minute Order, ECF No. 110, the parties respectfully submit the following joint status report. The Eighth Circuit issued a decision on August 22, 2023 affirming this Court's denial of Plaintiffs' motion for a preliminary injunction. *See* ECF No. 126-1. The parties maintain their position that it would best serve the interests of all parties, and would best serve judicial efficiency, for all proceedings before this Court to remain stayed until the full resolution of Plaintiffs' interlocutory appeal.

Dated: September 1, 2023     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice

1

        1100 L Street, NW
        Washington, DC 20005
        Phone: (202) 353-3098
        Email:  Daniel.Riess@usdoj.gov
        *Attorneys for Defendants*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us


Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND  58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
  *Solicitor General*
PETER M. TORSTENSEN, JR.
  *Assistant Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov
*Counsel for Plaintiff State of Montana*

PATRICK MORRISEY
West Virginia Attorney General

LINDSAY SEE
  *Solicitor General*
MICHAEL R. WILLIAMS
  *Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550

Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov
*Counsel for Plaintiff State of West Virginia*

TREG R. TAYLOR
Alaska Attorney General

AARON C. PETERSON
  *Senior Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
Aaron.peterson@alaska.gov
(907) 269-5165
*Counsel for Plaintiff State of Alaska*

TIM GRIFFIN
Arkansas Attorney General

NICHOLAS J. BRONNI
Arkansas Solicitor General
DYLAN L. JACOBS
*Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

RAÚL LABRADOR
Idaho Attorney General

ALAN W. FOUTZ

*Deputy Attorney General*
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
alan.foutz@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
Indiana Attorney General

BETSY M. DENARDI
Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6201
Betsy.DeNardi@atg.in.gov
*Counsel for Plaintiff State of Indiana*

KRIS W. KOBACH
Kansas Attorney General

DWIGHT R. CARSWELL
  *Deputy Solicitor General*
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8410 Phone
dwight.carswell@ag.ks.gov

DANIEL CAMERON
Kentucky Attorney General

AARON J. SILLETTO
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Aaron.Silletto@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

JEFF LANDRY
Louisiana Attorney General

ELIZABETH B. MURRILL
  *Solicitor General*

4

LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

ANDREW BAILEY
Missouri Attorney General

 MARIA LANAHAN
  *Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI
815 Olive St., Suite 200
St. Louis, MO 63101
(314) 340-4978
Maria.Lanahan@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
Nebraska Attorney General

ERIC HAMILTON
  *Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
eric.hamilton@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

GENTNER F. DRUMMOND
Oklahoma Attorney General

ZACH WEST
  *Director of Special Litigation*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st St.
Oklahoma City, OK 73105
(405) 522-1961
zach.west@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*


ALAN WILSON
South Carolina Attorney General

J. EMORY SMITH, JR.

Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
ESmith@scag.gov
*Attorneys for Plaintiff State of South Carolina*

ANGELA COLMENERO
Provisional Texas Attorney General

RALPH MOLINA
  *Deputy Attorney General for Legal Strategy*
CHARLES K. ELDRED
  *Chief, Legal Strategy Division*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Ralph.Molina@oag.texas.gov
Charles.Eldred@oag.texas.gov
*Counsel for Plaintiff State of Texas*

SEAN D. REYES
Utah Attorney General

MELISSA A. HOLYOAK
  *Solicitor General*
OFFICE OF THE UTAH ATTORNEY GENERAL
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
melissaholyoak@agutah.gov
*Counsel for Plaintiff State of Utah*


BRIDGET HILL
Wyoming Attorney General

RYAN SCHELHAAS
Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*