## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| MOREHOUSE ENTERPRISES LLC d/b/a<br>BRIDGE CITY ORDNANCE *et al.,* | ) | Case No. 3:22-cv-00116-PDW-ARS |
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES *et al.,* | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

### DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS

Defendants hereby file this Motion to Stay Proceedings. For the reasons stated in the accompanying memorandum, Defendants respectfully request that the Court stay further proceedings in this case pending the resolution of a petition for certiorari in a related case, *Garland v. VanDerStok*, No. 23-852 (S. Ct.). Plaintiffs' counsel has stated that Plaintiffs do not oppose this Motion.

Dated: February 9, 2024        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

1