IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES LLC d/b/a<br>BRIDGE CITY ORDNANCE *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00116-PDW-ARS |

**JOINT STATUS REPORT**

On February 12, 2024, the Court directed the parties to file a joint status report by May 31, 2024. Minute Order, Feb. 12, 2024 (Doc. No. 138). In accordance with the Court's Order, the parties now respectfully file this Joint Status Report.

1. This case involves an Administrative Procedure Act challenge to a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 24 C.F.R pts. 447, 478, and 479).

2. In February 2024, Defendants filed an unopposed motion to stay proceedings in this case pending the final disposition of a petition for certiorari in *Garland v. VanDerStok*, No. 23-852 (S. Ct.), a case involving an Administrative Procedure Act challenge to the same rule challenged here. Doc. No. 137. The Court granted the motion and stayed proceedings in this case. Doc. No. 138.

3. Following the Court's entry of a stay, the Supreme Court granted the certiorari petition in *VanDerStok*. *Garland v. VanDerStok*, __ S. Ct. __, 2024 WL 1706014 (Apr. 22, 2024). The case is set to be briefed during the 2024-25 Supreme Court term.

4. In light of the Supreme Court's grant of certiorari in *VanDerStok*, the parties respectfully request that the Court continue the present stay of proceedings in this case until the

1

Supreme Court has finally resolved the claims presented in *VanDerStok*. The interests of the parties and of judicial economy would be well served by continuing the present stay because the Supreme Court's disposition of *VanDerStok* will decide questions of law that will have a controlling (or, at the very least, significant) effect on the claims raised in this case. The parties further respectfully suggest that they file an additional joint status report in this case on or before December 6, 2024.

Dated: May 30, 2024               Respectfully submitted,

                                  BRIAN M. BOYNTON
                                  Principal Deputy Assistant Attorney General

                                  ALEXANDER K. HAAS
                                  Director, Federal Programs Branch

                                  LESLEY FARBY
                                  Assistant Director, Federal Programs Branch

                                  */s/ Daniel Riess*
                                  DANIEL RIESS
                                  JEREMY S.B. NEWMAN
                                  Trial Attorneys
                                  Civil Division, Federal Programs Branch
                                  U.S. Department of Justice
                                  1100 L Street, NW
                                  Washington, DC 20005
                                  Phone: (202) 353-3098
                                  Email: Daniel.Riess@usdoj.gov
                                  *Attorneys for Defendants*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

Robert B. Stock (ND # 05919)
Vogel Law Firm
218 NP Avenue
Fargo, ND  58107-1389
701-237-6983 (T)
701-237-0847 (F)
rstock@vogellaw.com
For service: rbslitgroup@vogellaw.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
PETER M. TORSTENSEN, JR.
*Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for Plaintiff State of Montana*


PATRICK MORRISEY
West Virginia Attorney General

LINDSAY SEE
*Solicitor General*
MICHAEL R. WILLIAMS
*Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Lindsay.S.See@wvago.gov
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

TREG R. TAYLOR
Alaska Attorney General

3

AARON C. PETERSON
*Senior Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Avenue #200
Anchorage, AK 99501
Aaron.peterson@alaska.gov
(907) 269-5165
*Counsel for Plaintiff State of Alaska*

TIM GRIFFIN
Arkansas Attorney General

NICHOLAS J. BRONNI
Arkansas Solicitor General
DYLAN L. JACOBS
*Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
Nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov
*Counsel for Plaintiff State of Arkansas*

RAÚL LABRADOR
Idaho Attorney General

ALAN W. FOUTZ
*Deputy Attorney General*
OFFICE OF THE IDAHO ATTORNEY GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400
alan.foutz@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

THEODORE E. ROKITA
Indiana Attorney General

BETSY M. DENARDI
Director of Complex Litigation
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
(317) 232-6201
Betsy.DeNardi@atg.in.gov
*Counsel for Plaintiff State of Indiana*

KRIS W. KOBACH
Kansas Attorney General

DWIGHT R. CARSWELL
*Deputy Solicitor General*
OFFICE OF KANSAS ATTORNEY GENERAL
120 SW 10th Avenue, 3rd Floor
Topeka, KS 66612-1597
(785) 368-8410 Phone
dwight.carswell@ag.ks.gov

RUSSELL COLEMAN
Kentucky Attorney General

MATTHEW F. KUHN
*Solicitor General*
AARON J. SILLETTO
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Matt.Kuhn@ky.gov
Aaron.Silletto@ky.gov
*Counsel for Plaintiff Commonwealth of Kentucky*

ELIZABETH B. MURRILL
Louisiana Attorney General

LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third Street
Baton Rouge, Louisiana 70804
(225) 326-6766
murrille@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

ANDREW BAILEY
Missouri Attorney General

MARIA LANAHAN
*Deputy Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF MISSOURI
815 Olive St., Suite 200
St. Louis, MO 63101
(314) 340-4978
Maria.Lanahan@ago.mo.gov
*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
Nebraska Attorney General

ERIC HAMILTON
*Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
eric.hamilton@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

GENTNER F. DRUMMOND
Oklahoma Attorney General

ZACH WEST
*Director of Special Litigation*
OKLAHOMA ATTORNEY GENERAL'S OFFICE
313 NE 21st St.
Oklahoma City, OK 73105
(405) 522-1961
zach.west@oag.ok.gov
*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
South Carolina Attorney General

J. EMORY SMITH, JR.
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
P.O. Box 11549
Columbia, SC 29211
(803) 734-3680
ESmith@scag.gov
*Attorneys for Plaintiff State of South Carolina*

KEN PAXTON
Texas Attorney General

RALPH MOLINA
*Deputy Attorney General for Legal Strategy*
CHARLES K. ELDRED
*Chief, Legal Strategy Division*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1700
Ralph.Molina@oag.texas.gov

Charles.Eldred@oag.texas.gov
*Counsel for Plaintiff State of Texas*

SEAN D. REYES
Utah Attorney General

LANCE SORENSON
*Assistant Attorney General*
OFFICE OF THE UTAH ATTORNEY GENERAL
350 N. State Street, Suite 230
Salt Lake City, UT 84114
(801) 366-0260
lsorenson@agutah.gov
*Counsel for Plaintiff State of Utah*

BRIDGET HILL
Wyoming Attorney General

RYAN SCHELHAAS
Chief Deputy Attorney General
OFFICE OF THE WYOMING ATTORNEY GENERAL
109 State Capitol
Cheyenne, WY 82002
Tel: (307) 777-5786
ryan.schelhaas@wyo.gov
*Counsel for Plaintiff State of Wyoming*