# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES LLC d/b/a )<br>BRIDGE CITY ORDNANCE *et al.*, )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>BUREAU OF ALCOHOL, TOBACCO, )<br>FIREARMS AND EXPLOSIVES *et al.*, )<br> )<br>    Defendants. )<br>_____) | Case No. 3:22-cv-00116-PDW-ARS |

## JOINT STATUS REPORT

On August 4, 2025, the Court directed the parties to file a joint status report by August 1, 2025. Status Report Order, Aug. 4, 2025 (Doc. No. 170). In accordance with the Court's Order, the parties now respectfully file this Joint Status Report.

1.  This case involves an Administrative Procedure Act challenge to a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") pertaining to firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 24 C.F.R pts. 447, 478, and 479).

2.  As explained in the parties' prior report, an Executive Order has directed the Attorney General to "review . . . [r]ules promulgated by the Department of Justice, including by [ATF], from January 2021 through January 2025 pertaining to firearms. . . ." Exec. Order No. 14,206, 90 Fed. Reg. 9503 (Feb. 7, 2025). The parties therefore respectfully request that the Court maintain the present stay to allow the Attorney General to complete her review the underlying rule at issue in this case. Additionally, the parties respectfully suggest that they file a further joint status report in this case on or before February 2, 2026.

Dated: November 3, 2025        Respectfully submitted,

                                               BRETT A. SHUMATE
                                               Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email:  Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

PATRICK MORRISEY
West Virginia Attorney General

MICHAEL R. WILLIAMS
*Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*