**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

MOREHOUSE ENTERPRISES LLC d/b/a )
BRIDGE CITY ORDNANCE *et al.*, )       **Case No. 3:22-cv-00116-PDW-ARS**
                )
    Plaintiffs, )
                )
v. )
                )
BUREAU OF ALCOHOL, TOBACCO, )
FIREARMS AND EXPLOSIVES *et al.*, )
                )
    Defendants. )
                )

**JOINT STATUS REPORT**

On February 3, 2026, the Court directed the parties to file a joint status report by February 2, 2026. Status Report Order, Nov. 4, 2025 (Doc. No. 191). In accordance with the Court's Order, the parties now respectfully file this Joint Status Report.

1.      This case involves an Administrative Procedure Act challenge to a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") pertaining to firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 24 C.F.R pts. 447, 478, and 479).

2.      The government has advised that it is considering changes to the ATF rule being challenged in this case. In light of this consideration, the parties respectfully request that the Court maintain the present stay to allow the government to complete its review of the underlying rule at issue in this case. Additionally, the parties respectfully suggest that they file a further joint status report in this case on or before August 3, 2026.

      Dated: May 4, 2026          Respectfully submitted,

                                   BRETT A. SHUMATE
                                   Assistant Attorney General, Civil Division

                                   ALEXANDER K. HAAS
                                   Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email:  Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

*Counsel for Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Eliezer Jimenez, Gun Owners of America, Inc., and Gun Owners Foundation*

*/s/ Christian B. Corrigan*
CHRISTIAN B. CORRIGAN
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

PATRICK MORRISEY
West Virginia Attorney General

2

MICHAEL R. WILLIAMS
*Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
State Capitol, Bldg 1, Room E-26
Charleston, WV 25305
(681) 313-4550
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*